U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

Case Title: **RASHAD WALSTON**  Case Number: **1:24-cv-00083**
**v.**
**NATIONAL RETAIL**  JURY DEMAND
**SOLUTIONS, INC.**
**D/B/A NRS PAY**

An appearance is hereby filed by the undersigned as attorney for:

**NATIONAL RETAIL SOLUTIONS, INC.**
**D/B/A NRS PAY**

Attorney name (type of print):   Justin M. Penn

Firm:   Hinshaw & Culbertson LLP

Street Address:   151 N. Franklin, Suite 2500

City/State/Zip:   Chicago, IL  60606

Bar ID Number:   06283726            Telephone Number:   312-704-3000
(See item 3 in instructions)
Email Address:   jpenn@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on     March 4, 2024
Attorney signature:        */s/ Justin M. Penn*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

B3976\320405623.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **March 4, 2024,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

 

*/s/ Justin M. Penn*
Justin M. Penn

B3976\320405623.v1