## ATTACHMENT A

Patrick J. Fitzgerald — Bar Admissions

| **State** | **Date Admitted** | **Good Standing** |
|---|---|---|
| Florida (Bar No. 10022508) | 04/22/2020 | Yes |
| Georgia (Bar No. 405638) | 05/29/2019 | Yes |

Florida State Bar  
651 E. Jefferson Street Tallahassee,  
Florida 32399-2300  
(850) 561-5600

State Bar of Georgia  
104 Marietta St NW  
Suite 100  
Atlanta, Georgia 30303

**Courts**

| | | |
|---|---|---|
| Florida State/Superior Courts | 04/22/2020 | Yes |
| Florida Supreme Court | 04/22/2020 | Yes |
| Georgia State/Superior Courts | 05/29/2019 | Yes |