# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                                Plaintiff,

v.                                                                Case No.: 1:24−cv−00083
                                                                            Honorable Franklin U. Valderrama

National Retail Solutions, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Attorneys Ryan D. Watstein and Patrick J. Fitzgerald's motions for leave to appear pro hac vice [8] and [9] are granted. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.