**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Rashad Walston

                          Plaintiff,

v.                                   Case No.: 1:24−cv−00083
                                   Honorable Franklin U. Valderrama

National Retail Solutions, Inc.

                          Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (axc) Emailed notice.

Dated: March 19, 2024

                                   /s/ Franklin U. Valderrama

                                   United States District Judge