UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                  Case No.: 1:24–cv–00083
                                                        Honorable Franklin U. Valderrama

National Retail Solutions, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 22, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for the purposes of discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. The Court sets the following discover schedule per the parties' Joint Initial Status Report [12]. Rule 26(a)(1) initial disclosures to be provided by 3/29/24. Written discovery to be issued by 4/12/24. Fact discovery to be completed by 12/13/24. Initial expert reports shall be disclosed by 1/17/25. Rebuttal expert reports shall be disclosed by 3/15/25. Expert witnesses shall be deposed by 3/31/25. The parties shall file an updated status report by 5/20/24 that addresses the parties' progress with written discovery. That status report also shall (1) identify all fact witnesses that either side then intends to depose before the close of fact discovery based upon then available information and (2) confirmed or proposed dates for fact depositions the parties have calendared; and (3) indicate whether settlement is a realistic possibility in this case and, if it is, next steps in that regard. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.