## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston
          Plaintiff,

v.                   Case No.: 1:24−cv−00083
                  Honorable Sunil R. Harjani

National Retail Solutions, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 17, 2024:

  MINUTE entry before the Honorable Sunil R. Harjani: This case has been reassigned to the calendar of Judge Sunil R. Harjani. No summary judgment motion may be filed until an in−person status conference has been held with the Court in Courtroom 1858. An in−person status hearing is set for 1/8/2025 at 9:15 a.m. In the interim, the parties are encouraged to work with Magistrate Judge Gilbert to settle this case once the parties have conducted enough discovery to make their views on settlement informed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.