**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>Defendant. | Civil Case No.: 24-cv-83 |

## JOINT STATUS REPORT

Pursuant to docket entry 15, the Parties submit this joint status report on discovery and settlement.

### Progress with written discovery.

a. **Plaintiff**: Plaintiff has served four sets of requests for production (52 unique requests). Without waiving objections to the adequacy or completeness of responses, Defendant has responded to the first set. Responses to sets two and three are due June 3, 2024, and responses to set four are due June 12. Plaintiff has also served three sets of interrogatories (7 unique requests). Without waiving objections to the adequacy or completeness of responses, Defendant has responded to the first set. Responses to set two are due May 27, and responses to set three are due June 12. Finally, Plaintiff has served three sets of requests for admissions (23 unique requests). Without waiving

objections to the adequacy or completeness of responses, Defendant has responded to the first and third set. Responses to the second set are due May 27.

Plaintiff has also served subpoenas on AT&T/Cricket (to which he has received responses, and Peerless Networks (which has responded in part, and withheld part of its response by agreement of the Parties).

Plaintiff anticipates additional written discovery being necessary from Defendant, but cannot predict the nature or volume until Defendant's responses to the first four sets are reviewed. In addition, a third-party in possession of documents relevant to this case is based in Canada, which may necessitate assistance of both this Court and its sister court(s) in Canada.

b. **Defendant**: Defendant has served two sets of requests for production (48 unique requests). Without waiving objections to the adequacy or completeness of responses, Plaintiff has responded to the first set. Responses to the second set are due May 30. Defendant has also served one set of interrogatories (22 unique requests). Without waiving objections to the adequacy or completeness of responses, Plaintiff responded to these requests.

Defendant does not anticipate that additional fact discovery will be necessary.

### Fact witnesses to be deposed (tentative)

a. **Plaintiff**: Plaintiff anticipates deposing Diana Stern, Defendant's Vice President of Marketing, in her individual capacity. In addition, Plaintiff anticipates taking a deposition of Defendant itself pursuant to Fed. R. Civ. P. 30(b)(6). Plaintiff has not yet noticed this deposition, but anticipates requesting to do so in late summer. Finally, it may

be necessary to take a deposition of the aforementioned foreign third party. Additional depositions may prove necessary as this case develops.

    b.    **Defendant**: Defendant took the deposition of Plaintiff on April 26.

### Confirmed or proposed dates for fact depositions the Parties have calendared.

    a.    **Plaintiff**: The Parties are currently working to schedule the deposition of Diana Stern in mid to late June. Plaintiff has not yet noticed the 30(b)(6) deposition of Defendant, but anticipates doing so in time to take the deposition in late summer. Plaintiff does not yet have an estimate of when he will seek to take the deposition of the foreign third party.

    b.    **Defendant**: Defendant does not intend to depose additional fact witnesses at this time.

### Possibility of settlement.

    a.    **Plaintiff**: Plaintiff is open to the possibility of a class-wide settlement in this matter. At this point, Plaintiff does not have an interest in any individual settlement.

    b.    **Defendant**: At this point, Defendant does not have any interest in class-wide settlement.

Dated: May 20, 2024

s/ Jeremy M. Glapion
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
(Pro Hac Vice)
Counsel for Plaintiff and the Putative Classes

/s/ Ryan D. Watstein
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000
*Counsel for Defendant*