# EXHIBIT 2

RASHAD WALSTON vs NATIONAL RETAIL SOLUTIONS, INC.
Rahad W. Walston on 04/26/2024

```
 1           IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3

 4   RASHAD WALSTON,              )
                                  )
 5           Plaintiff,           )
                                  )
 6      vs.                       ) No.
                                  ) 1:24-CV-00083
 7   NATIONAL RETAIL SOLUTIONS,   )
     INC.,                        )
 8                                )
             Defendant.           )
 9                                )

10
             THE DISCOVERY DEPOSITION OF
11                RAHAD W. WALSTON
                  April 26, 2024
12                  9:00 A.M.

13

14       Called as a witness by the Defendant

15   herein, pursuant to the provisions of the

16   Federal Rules of Civil Procedure pertaining

17   to the taking of depositions for the

18   purpose of discovery, before GLORIA

19   APOSTOLOS SIOLIDIS, C.S.R. License

20   #084-001205, duly qualified and

21   commissioned for the State of Illinois.

22

23

24
```

Page 122

```
 1        THE WITNESS:  That is correct.
 2        BY MR. WATSTEIN:
 3     Q  Okay.  And it was the CEO named Elie,
 4   right?
 5     A  That is correct.
 6     Q  Okay.  And as I understand the
 7   conversation, Elie apologized for any
 8   inconvenience to you; is that right?
 9        MR. GLAPION:  Objection to form.
10        THE WITNESS:  I don't remember an
11   apology, no.
12        BY MR. WATSTEIN:
13     Q  Okay.  And as I understand it -- well,
14   let me back up.  You say you don't remember
15   an apology.  You don't remember one way or
16   another?
17     A  I don't remember him apologizing.
18     Q  Okay.  Do you remember him not
19   apologizing?  Are you saying he did not
20   apologize?
21        MR. GLAPION:  Objection to form.
22        THE WITNESS:  I'm saying that I cannot
23   recall him apologizing.  I can't recall him
24   saying hey, man, I'm sorry that my company
```

1  called you.  I don't remember that at all.
2     BY MR. WATSTEIN:
3   Q  Okay.  Do you remember Elie saying
4  that NRS wanted to make it right for your
5  frustration, or something to that effect?
6     MR. GLAPION:  Objection to form.
7     THE WITNESS:  Something similar to
8  that, yes.
9     BY MR. WATSTEIN:
10  Q  Okay.  And as I understand it, he
11 offered you some amount of money; is that
12 right?
13  A  That is correct.
14  Q  Okay.  And in your view, it wasn't
15 sufficient; then you effectively reiterated
16 that basically, it's going to take
17 $9,800.00 to resolve this?
18     MR. GLAPION:  Objection to form.
19     THE WITNESS:  That is not correct.
20     BY MR. WATSTEIN:
21  Q  Okay.  What's incorrect about that?
22  A  I did not say he had to pay $9,800.00.
23  Q  Okay.  Well, what did you say then?
24  A  I said that what he offered me was

1    $800.00.

2      Q   Okay.

3      A   And I said $800.00 is not good enough.
4    And I maybe have thrown out some amounts of
5    maybe $3,000.00 or $4,000.00, in that
6    range, $5,000.00.  But I never said you
7    have to give me $9,800.00, exactly what's
8    in this letter.  I did not say that.

9      Q   Okay.  So basically, let me see if I
10   can accurately summarize.

11            Basically, he offered you $800.00
12   and you came back with something like
13   that's not good enough; it's going to have
14   to be higher than that, maybe $4,000.00,
15   $5,000.00, something like that, and he said
16   I'll get back to you?

17     A   No, that's not what he said.  What he
18   said is, come on -- this is generally what
19   he said.  He said, "Come on, man."  But I
20   do remember specifically, he said, "We're a
21   small company.  We can't afford this type
22   of money.  Let's make today a good day."
23   And he asked me to call him back.

24            But he reiterated, he said that

1  he was NRS Pay.  They are a small company.
2  That he would have to get approval to issue
3  out anything over $800.00.  And he asked
4  me, and I said that's not good enough.  So
5  he asked me to call him back at some point.
6          He said he will be in and out of
7  meetings that day; to give him a call back.
8  And I said, "I'll give you a call back."  I
9  said, "I'll give you a call back."
10    **Q  Okay.  So I think I understand now.**
11         **So basically, he offered $800.00.**
12 **You said that's not good enough.  It's**
13 **going to take something more like $4,000.00**
14 **or $5,000.00?**
15    A  At least, at least.
16    **Q  At least.  Okay.  And then he said, "I**
17 **have to get authority for that, or see if I**
18 **can get authority for that; why don't you**
19 **call me back?"**
20    A  No.  He said, "We're a small company.
21 We cannot afford that.  I would have to get
22 authority to do anything over $800.00."  He
23 never said that he's going to check to get
24 authority.  He said, "I will have to get

Page 126

1   authority."  He made it seem like that was
2   it, $800.00 flat, that's it.
3       Q  Okay.  But he said he would have to
4   get authority for something over $800.00,
5   and the way that you guys left it was there
6   would potentially be another discussion?
7       A  I believe so, yes.
8       Q  Okay.  So you made clear that your
9   position was you didn't need the whole
10  $9,800.00, but you needed it to be several
11  thousands?
12      A  At least, yes, for -- yeah.
13      Q  Okay.  Oh, one more thing.
14          Okay.  So if you can turn to the
15  attachments to Defendant's Exhibit No. 6?
16  So you can go to Page No. 4.
17      A  Okay.
18      Q  So you see, is this a screenshot of
19  your phone?
20      A  It is, yes.
21      Q  Okay.  And it says blocked in the
22  upper left-hand corner, right?
23      A  That is correct.
24      Q  Okay.  And so can you explain to me

Page 127

1  how you navigate to this page on your
2  phone?
3       MR. GLAPION: Objection to form.
4       THE WITNESS: This is off my old
5  phone. This is an iPhone 6. I don't
6  currently have that phone right now.
7           Are you asking me to pull out my
8  phone and navigate it?
9       BY MR. WATSTEIN:
10  Q  No. I'm just asking if you can recall
11  how you navigated to this page effectively?
12  A  Yes. What you do is you go to your
13  call history. Scroll all the way down to
14  the bottom half section. I believe it's
15  deleted messages. Then you have blocked
16  calls. You hit blocked calls, and it shows
17  all your blocked calls and all your blocked
18  voicemail messages. It's something in that
19  realm.
20       BY MR. WATSTEIN:
21  Q  Okay. And to be clear, you weren't
22  using any sort of call blocking app, it was
23  just what comes standard on the iPhone?
24  A  Yeah. Just the standard iPhone