# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:23-cv-00083 |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| Defendant. | : | |

## DECLARATION OF MENACHEM ASH

I, Menachem Ash, in accordance with 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct.

1. My name is Menachem Ash. I am over the age of 18 and am competent to provide this declaration.

2. I am counsel for National Retail Solutions, Inc. ("NRS").

3. During the ordinary course of my regularly conducted business, I have access to, and personal knowledge of, certain business records generated and maintained by NRS. The information contained herein is based upon my personal knowledge along with my review of such business records, policies, and/or electronic databases and reports generated and maintained in the ordinary course of NRS's regularly conducted business and made at or near the time of the events described therein.

4. Other than the instant action, NRS has never been sued for violating the Telephone Consumer Protection Act (the "TCPA").

5. On November 22, 2023, Plaintiff's counsel, Jeremy Glapion, contacted Elie Katz, NRS's Chief Executive Officer, regarding Plaintiff's TCPA claims.

6. I then reached out to Mr. Glapion to investigate Plaintiff's claims. And to that end, Mr. Glapion and I exchanged several emails to schedule a telephone conference, which took place after the Thanksgiving holiday, on December 8, 2023.

7. Mr. Glapion and I, along with NRS's outside counsel, then continued to exchange emails investigating Plaintiff's claims and scheduled a follow up call on December 19, 2023.

8. Attached hereto as Exhibit A are the email communications between Mr. Glapion, NRS's outside counsel, and myself.

9. After the end-of-year holidays, NRS concluded that regardless of its defenses to TCPA liability, Plaintiff's threatened lawsuit would cost far more to defend than just paying the demand Plaintiff made during his November 13, 2023 call with Mr. Katz.

10. As such, on January 3, 2024, NRS formally accepted Plaintiff's November 13, 2023 offer, agreeing to pay $9,800, pursuant to the terms the parties agreed to on the November 13, 2023 call.

11. Attached hereto as Exhibit B is a true and correct copy of the January 3, 2024 correspondence accepting Plaintiff's offer, along with the email delivery of that correspondence.

12. At no point during the telephone conferences, nor in his email exchanges prior to NRS's acceptance, did Mr. Glapion state that he or his client was rescinding the November 13, 2023 offer.

I declare under penalty of perjury under the laws of the State of New Jersey and the United States of America that the foregoing is true and correct.

Executed this 28th day of May, 2024, in Newark, New Jersey.

DocuSigned by:

Menachem Ash

Menachem Ash
Counsel
National Retail Solutions, Inc.

3

---------- Forwarded message ---------
From: **Menachem Ash** <menachem.ash@idt.net>
Date: Tue, Dec 19, 2023 at 10:12 AM
Subject: Re: Rashad Walston/National Retail Solutions
To: Colman, Abraham J (LAX - X52412) <Abe.Colman@hklaw.com>
CC: Jeremy Glapion <jmg@glapionlaw.com>, Perez, Rosanna (LAX - X52416) <Rosanna.Perez@hklaw.com>

Good morning.  Is there an invite for this call?  tks

On Thu, Dec 14, 2023 at 11:24AM Colman, Abraham J (LAX - X52412) <Abe.Colman@hklaw.com> wrote:

> Yes Rosanna please set it up for the 19th thanks
>
>
> **Abraham Colman | Holland & Knight**
> Partner
> Holland & Knight LLP
> 400 South Hope Street, 8th Floor | Los Angeles, California 90071
> Phone 213.896.2412 | Fax 213.896.2450
> abe.colman@hklaw.com | www.hklaw.com
>
> ---
> Add to address book | View professional biography
>
> ---
>
> **From:** Jeremy Glapion <jmg@glapionlaw.com>
> **Sent:** Thursday, December 14, 2023 8:16 AM
> **To:** Colman, Abraham J (LAX - X52412) <Abe.Colman@hklaw.com>
> **Cc:** Menachem Ash <menachem.ash@idt.net>; Perez, Rosanna (LAX - X52416)

DocuSign Envelope ID: 7286229749000-ANUU83-BEAFCUBT4/CJ4I-

<Rosanna.Perez@hklaw.com>
**Subject:** RE: Rashad Walston/National Retail Solutions

*[External email]*

That works for me. Can you circulate an invite and dial in?

Thank you!

--



**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

On Thu, Dec 14, 2023 at 10:34 AM, Abraham J <Abe.Colman@hklaw.com> wrote:

> Understood – lets chat the 19th. How about at noon your time?
>
> **Abraham Colman | Holland & Knight**
> Partner
> Holland & Knight LLP
> 400 South Hope Street, 8th Floor | Los Angeles, California 90071
> Phone 213.896.2412 | Fax 213.896.2450
> abe.colman@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
> **From:** Jeremy Glapion <jmg@glapionlaw.com>
> **Sent:** Wednesday, December 13, 2023 12:37 PM

DocuSign Envelope ID: ...

**To:** Menachem Ash <menachem.ash@idt.net>
**Cc:** Colman, Abraham J (LAX - X52412) <Abe.Colman@hklaw.com>
**Subject:** Re: Rashad Walston/National Retail Solutions

*[External email]*

Hi Menachem:

Thanks for facilitating, and it's good to meet you, Abraham.

My availability is pretty open, but I'll list it here over the next few days (all end times are hard stops):

12/14:

10 am-3:30pm

12/15:

1 pm-4:30 pm

12/18:

1 pm-4:30 pm

12/19:

10 am-4:30 pm

As I've previously mentioned, I do think this call will be most productive with some information parity, specifically the source of my client's lead information. All of the legal questions sort of flow from that.

Talk soon!

Best,

Jeremy

--

**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

On Wed, Dec 13, 2023 at 2:35 PM, Menachem Ash <menachem.ash@idt.net> wrote:

> Hi Jeremy,
>
> I hope you are well. To be most productive and efficient, I have included Abe Colman, our outside counsel, on this email. When are you both available for a call?
>
> All the best.
>
> Menachem
>
> On Fri, Dec 8, 2023 at 2:48 PM Jeremy Glapion <jmg@glapionlaw.com> wrote:
>
>> Menachem:

Pleasure speaking to you earlier. As discussed, the main piece of info I'd like to figure out how how idt obtained my client's telephone number (and the circumstances/details surrounding that, if it's claimed he provided it). I don't expect us to agree on the law at this stage, but at least we can get on the same wavelength regarding the facts.

Best,

Jeremy

--



**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

On Wed, Dec 06, 2023 at 10:57 AM, Jeremy Glapion <jmg@glapionlaw.com> wrote:

> Friday at 2 pm works for me. Call me then on my cell please, 732 236 0024
>
> --
>
> 
>
> **Jeremy M. Glapion**
>
> Partner
>
> jmg@glapionlaw.com | 732.455.9737
>
> Glapion Law Firm | www.glapionlaw.com
>
> 1704 Maxwell Drive
> Wall, NJ 07719

> On Wed, Dec 06, 2023 at 8:02 AM, Menachem Ash <menachem.ash@idt.net> wrote:
>
>> Hi Jeremy,
>>
>> Thank you. I removed the cc's. Does Friday at 2 work?
>>
>> All the best.
>>
>> Menachem
>>
>> On Tue, Dec 5, 2023 at 4:42 PM Jeremy Glapion <jmg@glapionlaw.com> wrote:
>>
>>> Hi Menachem:
>>>
>>> Welcome back and I hope you had a good trip. Thursday is tough for me. What about tomorrow or Friday? I am generally open between 10 am and a hard stop at 430 pm both days.
>>>
>>> Also, noting that you ccd your client here. I am replying all, but if there are issues re communicating with a represented party, it's unintentional and will leave off such CCs in the future.
>>>
>>> --
>>>
>>> **Jeremy M. Glapion**
>>>
>>> Partner
>>>
>>> jmg@glapionlaw.com | 732.455.9737
>>>
>>> Glapion Law Firm | www.glapionlaw.com
>>>
>>> 1704 Maxwell Drive
>>> Wall, NJ 07719

On Tue, Dec 5 2023 at 2:30 PM, Menachem Ash <menachem.ash@idt.net> wrote:

Hi Jeremy.

I hope you are well. I'm back from Israel. Are you available on Thursday?

All the best.

Menachem

On Mon, Nov 27, 2023 at 4:06PM Jeremy Glapion <jmg@glapionlaw.com> wrote:

> My receptionist put you through but you were no longer there. Call my cell please - 732 236 0024

--

**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

On Mon, Nov 27, 2023 at 4:05 PM, Menachem Ash <menachem.ash@idt.net> wrote:

Hi Jeremy,

I hope you are well. I just tried calling you and left you a message.

DocuSign Envelope ID: 7881-294-9000-00987-BS-AFUURJA/C9A1

All the best.

Menachem

On Mon, Nov 27, 2023 at 3:24PM Menachem Ash <menachem.ash@idt.net> wrote:

> Hi Jeremy,
>
> A personal issue came up. I will call you at 4.
>
> All the best.
>
> Menachem
>
> On Mon, Nov 27, 2023 at 3:05 PM Jeremy Glapion <jmg@glapionlaw.com> wrote:
>
>> Hi Menachem:
>>
>> Do you still intend to call me? Please let me know.
>>
>> Best,
>>
>> Jeremy
>>
>> --
>>
>> **Jeremy M. Glapion**
>>
>> Partner

|  |  jmg@glapionlaw.com | 732.455.9737  |
|---|---|
|  | Glapion Law Firm | www.glapionlaw.com |
|  | 1704 Maxwell Drive  Wall, NJ 07719 |

On Fri, Nov 24, 2023 at 7:24 PM, Jeremy Glapion <jmg@glapionlaw.com> wrote:

> Yes, call me then please!
>
> --
>
> | | **Jeremy M. Glapion** |
> |---|---|
> | | Partner |
> | | jmg@glapionlaw.com | 732.455.9737 |
> | | Glapion Law Firm | www.glapionlaw.com |
> | | 1704 Maxwell Drive  Wall, NJ 07719 |
>
> On Fri, Nov 24 2023 at 12:53 PM, Menachem Ash <menachem.ash@idt.net> wrote:
>
>> Hi Jeremy,
>>
>> Thank you. Does 3PM on Monday work?
>>
>> All the best.
>>
>> Menachem

DocuSign Envelope ID: 7889-494-9000-9000-983 E5-AE0DF18A.9A.

On Wed, Nov 22, 2023 at 9:15PM Jeremy Glapion <jmg@glapionlaw.com> wrote:

Hi Menachem —

Thanks for getting back to me. My monday is open. Do you want to call me at 11 am eastern? Happy Thanksgiving!

Best,

Jeremy

--

**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

On Wed, Nov 22, 2023 at 5:11 PM, Menachem Ash <menachem.ash@idt.net> wrote:

Hi Jeremy,

I hope you are well. What's your availability for Monday?

Happy Thanksgiving.

Menachem

DocuSign Envelope ID: 7881-29A-9000-000783-DB-AF00R184C3A1

On Wed, Nov 22, 2023 at 5:03PM Elie Katz <elie.katz@idt.net> wrote:

> Jeremy-Thank you very much for calling me. I have copied my attorney who will follow up. Wishing you a Happy Thanksgiving.
>
> Best wishes,
>
> Elie
>
>
> On Wed, Nov 22, 2023 at 10:16AM Jeremy Glapion <jmg@glapionlaw.com> wrote:
>
>> Hi Elie,
>>
>> I hope this email finds you doing well. Sorry to drop this on your lap the day before Thanksgiving. I called and left a voicemail on your 5179 number yesterday.
>>
>> I was retained to represent Rashad Walston in a potential TCPA claim against National Retail Solutions stemming from unsolicited prerecorded telemarketing calls made to his cell phone. I know you had been discussing with him, but please direct all future correspondence on this matter to me.
>>
>> I would love to discuss further with you to figure out what happened, how to prevent this from occurring in the future, and where we go from here.
>>
>> Should we connect next week after the holiday?
>>
>> Thank you,
>>
>> Jeremy

--

**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT B

# Holland & Knight

200 S. 10th Street, Suite 1000 | Richmond, VA 23219 | T 804.799.6750 | F 804.500.5333
Holland & Knight LLP | www.hklaw.com

Alison R. Ellis
+1 804-799-6707
Alison.Ellis@hklaw.com

FRE 408 – FOR SETTLEMENT PURPOSES ONLY

January 3, 2024

*Via email (jmg@glapionlaw.com) and US Mail*
Jeremy M. Glapion
Glapion Law Firm
1704 Maxwell Drive
Wall, NJ 07719

Re: Alleged Violations of the Telephone Collection Practices Act ("TCPA")

Dear Mr. Glapion:

We represent National Retail Solutions, Inc. in connection with alleged TCPA claims asserted by your client, Rashad Walston, relating to calls and/or messages Mr. Walston contends he received at cell phone number 773-368-4088. Our investigation into Mr. Walston's allegations is ongoing.

Although our client denies liability to Mr. Walston under the TCPA, before my client incurs additional legal fees—and so that both parties may avoid incurring the expenses, risks and uncertainty of litigation—I have authority on behalf of National Retail Solutions, Inc. to accept Mr. Walston's settlement demand of $9,800 to fully and finally resolve the parties' disputes. The settlement payment is contingent upon Mr. Walston executing a written agreement containing full releases of his claims, confidentiality provisions, and other customary terms.

My client will make the settlement payment of $9,800 within seven (7) days of the parties executing a written settlement agreement. I trust that this satisfies your client's demand and that this settlement will fully and finally resolve the matter. Upon your confirmation, I will circulate a proposed settlement agreement for Mr. Walston's review and endorsement.

Sincerely yours,

HOLLAND & KNIGHT LLP

*/s/ Alison R. Ellis*

Alison R. Ellis

cc: Abraham J. Colman

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach
#236325325_v2

DocuSign Envelope ID: [redacted]

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Sent:** Wednesday, January 3, 2024 11:30 AM
**To:** Hicks, Suzie (RIC - X76725) <Suzanne.Hicks@hklaw.com>
**Cc:** Ellis, Alison R (RIC - X76707) <Alison.Ellis@hklaw.com>; Colman, Abraham J (LAX - X52412) <Abe.Colman@hklaw.com>
**Subject:** Re: National Retail Solutions and Rashad Walston

*[External email]*
Hi Suzie, Alison, and team:

Thank you for this letter.

To clarify, in the event I did not previously, all settlement offers made or exchanged prior to my involvement in the case (i.e. my client's retention of counsel) are withdrawn. If your client would like to make its own offer, I will relay to the client.

As discussed on the most recent call with Abe, we intend to file a class action in the Northern District of Illinois on January 5 barring resolution or your client providing sufficient documentation refuting our factual understanding (primarily as it relates to my client's lack of consent).

Happy to discuss further, as needed.

Best,
Jeremy

--



**Jeremy M. Glapion**
Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719

> On Wed, Jan 03, 2024 at 11:22 AM, Suzie <Suzanne.Hicks@hklaw.com> wrote:
>
>> Good afternoon. On behalf of Alison Ellis, please see attached letter. Please forward any future communications to Ms. Ellis directly. Thank you.
>>
>> **Suzie Hicks** | **Holland & Knight**
>> Practice Assistant
>> Holland & Knight LLP
>> 200 S 10th Street, Suite 1000 | Richmond, Virginia 23219
>> Phone 804.799.6725 | Fax 804.500.5353
>> suzanne.hicks@hklaw.com | www.hklaw.com
>>
>> ---
>>
>> NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.