## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                     Case No.: 1:24–cv–00083

                                                                    Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [21]. The parties shall file an updated status report by 6/26/24. The status report should include following information: (a) the parties' progress with written discovery and the status of any outstanding subpoenas to third parties, (b) a date for Plaintiff to issue any follow−up written discovery referenced in the last status report that Plaintiff says he may want to serve after he reviews Defendant's responses to Plaintiff's initial discovery requests, (c) a date for Plaintiff to serve his Rule 30(b)(6) notice on Defendant, (d) the status of Diana Stern's deposition, (e) confirmed dates for any other depositions that the parties and witnesses have calendared, and (f) any other information relevant to case management. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.