# EXHIBIT A



October 23, 2023

Dear Rashad Walston:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 0410 0003 2656 0879**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | October 23, 2023, 1:55 pm |
| Location: | NEWARK, NJ 07102 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 4.0oz |
| Destination Delivery Address | |
| Street Address: | 520 BROAD ST |
| City, State ZIP Code: | NEWARK, NJ 07102-3121 |
| Recipient Signature | |

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *520* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RWW1241