# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                         Plaintiff,

v.                                                              Case No.: 1:24–cv–00083

                                                                  Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

       MINUTE entry before the Honorable Sunil R. Harjani: MOTION by Defendant National Retail Solutions, Inc. to enforce Settlement Agreement [22] set for 6/11/2024 at 9:45 a.m. CST via videoconferencing [23], stands. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is 1–650–479–3207 and the access code is 2327 472 1450. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. **The Court does not permit the use of cell phones for the videoconference.** Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.