## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                    Case No.: 1:24–cv–00083
                                                           Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held via videoconference as to Defendant's motion to enforce settlement agreement [22]. As discuss in open court, counsel shall consider and discuss with their clients and each other the possibility of attempting to settle this matter. By 6/14/2024, the parties shall contact the Courtroom Deputy via email whether they are interested in a settlement conference or not. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.