### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:24-cv-00083 |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| Defendant. | : | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant National Retail Solutions, Inc. ("Defendant") hereby moves the Court for a 14-day extension of time—until July 22, 2024—to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint. Defendant states the following in support:

1. Plaintiff filed his First Amended Class Action Complaint on June 24, 2024, making Defendant's responsive pleading deadline July 8, 2024. Defendant's deadline has not yet passed.

2. Defendant and its counsel are working diligently to investigate the allegations in the First Amended Complaint, obtain the information necessary to respond to those allegations, and prepare an appropriate responsive pleading. However, in light of the complexity of this action along with the upcoming federal holiday, Defendant needs additional time to prepare its response.

3. This is Defendant's first request for an extension and will not impact the case schedule.

4. Defendant has conferred with Plaintiff's counsel, as required by Local Rule 5.3, who advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

5. This Request is made in good faith and not for the purpose of delay.

6. In light of the foregoing, good cause exists to extend the time for Defendant to respond to the Amended Complaint. *See Epic Fresh Produce, LLC v. Olympic Wholesale Produce, Inc.*, 2017 WL 6059971, at *11 (N.D. Ill. 2017) (granting motion for extension of time where it would not result in prejudice).

Accordingly, Defendant respectfully requests that the Court grant this motion and allow it **until July 22, 2024**, to answer, move, or otherwise respond to Plaintiff's First Amended Complaint complaint.

DATED: July 2, 2024.

        Respectfully submitted,

        */s/ Ryand D. Watstein*
        Ryan D. Watstein (*admitted pro hac vice*)
        ryan@wtlaw.com
        Patrick J. Fitzgerald (*admitted pro hac vice*)
        pfitzgerald@wtlaw.com
        **WATSTEIN TEREPKA LLP**
        1055 Howell Mill Road, 8th Floor
        Atlanta, Georgia 30318
        Tel: (404) 782-9821
        Fax: (404) 537-1650

        Justin M. Penn, ARDC 6283726
        jpenn@hinshawlaw.com
        **HINSHAW & CULBERTSON LLP**
        151 North Franklin Street, Suite 2500
        Chicago, Illinois 60606
        Tel: (312) 704-3000

        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                           */s/ Ryan D. Watstein*
                                           Ryan D. Watstein