**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:24-cv-00083 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| | : | |
| Defendant. | : | |

**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT**

Before the Court is Defendant National Retail Solutions, Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint, in which Defendant moves for a 14-day extension to the deadline to respond to Plaintiff's First Amended Complaint. Having considered the Motion, the Court finds good cause to grant Defendant's request.

IT IS THEREFORE ORDERED that the Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint is granted. Defendant National Retail Solutions, Inc. shall have until **July 22, 2024**, to file an answer or respond to the First Amended Class Action Complaint.

Dated this _____of July 2024

_____
Honorable Sunil R. Harjani
United States District Judge