# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                                Case No.: 1:24–cv–00083
                                                                           Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 7/31/24. The Court reviewed the parties' Joint Status Report [41]. The parties shall file a joint status report by 8/28/24 that addresses the following: 1) The status of Defendant's production of documents in response to Plaintiff's written discovery requests, including Defendant's review and production of ESI; 2) Whether Diana Stern has been deposed, and if not, a confirmed date for her deposition; 3) Whether Plaintiff has deposed any Rule 30(b)(6) designee and if not confirmed dates for those depositions; and 4) The status of Plaintiff's efforts to obtain discovery from a third–party in Canada pursuant to letters rogatory. If, after Defendant runs Plaintiff's proposed search terms, there is a dispute about the volume of the documents to be reviewed or produced, and the parties cannot resolve that dispute themselves after complying with LR 37.2, then the Court invites the parties to file a joint motion to resolve that dispute that lays out each party's position. Plaintiff shall tender to Defendant a preliminary list of Rule 30(b)(6) topics by 8/14/24. The is a preliminary list to assist Defendant in identifying potential corporate designees to sit for a Rule 30(b)(6) deposition, and the list may be supplemented one or more times before the deposition or depositions take place. At least 7 days before the deposition of Diana Stern that is now planned for 8/19/24, counsel shall confer and confirm that all documents Plaintiff believes he needs for Ms. Stern's deposition have been produced by Defendant. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.