UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>**Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br><br>Magistrate Judge: Jeffrey T. Gilbert<br><br>**Declaration of Jeremy M. Glapion in Support of Plaintiff's Motion for Issuance of Letters Rogatory** |

I, Jeremy M. Glapion, declare as follows:

1. I am attorney for Plaintiff and the putative class in this matter.

2. I make this declaration based on my own personal knowledge in support of Plaintiff's Motion for Issuance of Letters Rogatory.

3. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

4. Plaintiff seeks to represent a class beginning on January 3, 2020.

5. Defendant has represented in discovery that it lacks records of its interactions with Plaintiff's telephone number prior to July 31, 2023.

6. Defendant has further admitted in discovery its belief that all calls identified in paragraph 15 of the original complaint (paragraph 17 of the amended complaint) were ringless voicemails sent through the VoiceLogic platform.

7. Some of the calls in the aforementioned paragraphs predate July 31, 2023.

8. In addition, documents produced to date appear to reference calls or campaigns run through VoiceLogic prior to July 31, 2023.

9. Therefore, it appears that Defendant lacks documents pertaining to its calls using the VoiceLogic platform prior to July 31, 2023.

10. As such, it is necessary to obtain discovery from VoiceLogic.

11. VoiceLogic has represented that it maintains records of all of Defendant's campaign, as seen in the email exchange attached to the Motion as Exhibit B.

Executed on this 16th day of August, 2024, at Manasquan, New Jersey.

*/s/ Jeremy M. Glapion*_____
Jeremy M. Glapion

1