# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                          Plaintiff,

v.                                                                          Case No.: 1:24–cv–00083
                                                                            Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiff's Motion to Compel Production of Unredacted Documents [48]: Defendant shall file its response by 9/6/24. Plaintiff shall reply by 9/16/24. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.