# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>**Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br><br>Magistrate Judge: Jeffrey T. Gilbert<br><br>**Declaration of Jeremy M. Glapion in Support of Plaintiff's Supplemental Motion to Modify Scheduling Order** |

I, Jeremy M. Glapion, declare as follows:

1. I am attorney for Plaintiff and the putative class in this matter.

2. I make this declaration based on my own personal knowledge in support of Plaintiff's Supplemental Motion to Modify the Scheduling Order.

3. On August 19, I took the deposition of Diana Stern.

4. Only the rough transcript of this deposition is available.

5. The excerpts of the deposition quoted in the supplemental memorandum are substantively accurate, with edits made for clarity (e.g. removing "ums") or to provide context to previous questions (e.g. pointing out that Rui was another NRS employee).

6. The discovery requests quoted are also accurate and taken directly from the served requests.

7. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

8. I declare under penalty of perjury that, to the best of my knowledge and recollection, the foregoing is true and correct.

Executed on this 26th day of August, 2024, at Manasquan, New Jersey.

<u>/s/ Jeremy M. Glapion</u>_____<br>
Jeremy M. Glapion

1