UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>**Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br>Magistrate Judge: Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to docket entry 42, the Parties submit this status report on discovery.

**Progress with written discovery.**

a. **Plaintiff**: Since the July 31 status hearing, Defendant has produced the partially redacted 527-page document (August 9) that is currently the subject of a Motion to Compel. [Dkt. 48.] Plaintiff has sent the signed letter rogatory to Canadian counsel but does not yet have an estimate for the timing of that process.

b. **Defendant**: Since the July 31 status hearing, Defendant has obtained additional discovery from Plaintiff pursuant to an agreement between the parties.

Defendant likewise continues to diligently review additional documents for further productions. Defendant's ESI vendor collected two of the three custodian email accounts and is uploading the information onto its platform for review. Defendant plans to start running search terms on those accounts this week in advance of another production. As a result of constraints, Defendant was unable to upload one account and will run search terms internally through

Defendant's web service platform. Although this makes the review process more burdensome by adding an extra step, Defendant will endeavor to comply with the 45-day estimate that it provided during the July 31, 2024 status conference.

### Depositions

a. **Plaintiff**: The deposition of individual witness Diana Stern was conducted on August 19. Plaintiff's counsel held the deposition open pending completion of production. Defendant objected. Plaintiff does not anticipate seeking leave to depose Ms. Stern again but is awaiting Defendant's completed production. Ms. Stern's deposition also brought to Plaintiff's attention three additional individuals, including two of Defendant's employees, Rui Da Costa and Elie Katz, who have relevant and crucial knowledge that was beyond Ms. Stern's knowledge. Plaintiff's counsel has contacted Defendant's counsel for the availability of these witnesses.

No dates have been set for the Rule 30(b)(6) deposition, but on August 14, Plaintiff sent a tentative list of topics as the Court required. Plaintiff intends to submit an updated list of topics before the end of September, depending on the status of Defendant's production.

b. **Defendant**: During the parties' August 27, 2024 conference, Defendant informed Plaintiff of conditions that may impact one or more of the proposed deponents' ability to sit for a seven-hour deposition. After consulting with the deponents, Defendant will confer with Plaintiff to discuss availability and appropriate accommodations.

### Any other information relevant to case management

a. **Plaintiff**: Plaintiff believes the Parties are making progress in discovery, but the current unknown is the timing of VoiceLogic's production. Plaintiff's counsel is working as

diligently as possible to make this happen and will update the Court at whatever intervals it prefers.

    b.    **Defendant**:  Defendant has nothing else to report at this time.

Dated: August 28, 2024

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
Counsel for Plaintiff and the Putative Class

*/s/ Ryan D. Watstein*
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel:  (312) 704-3000
*Counsel for Defendant*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 28, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        */s/ Ryan D. Watstein*
                                        Ryan D. Watstein