## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                    Case No.: 1:24–cv–00083
                                                               Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to modify the scheduling order [43] is granted. Plaintiff has demonstrated good cause that substantial discovery was produced after the 6/12/24 amendment deadline that provided new information, which may warrant amendment of any pleading. Pursuant to the Court's significant discretion under FRCP 16 to manage the litigation schedule, the Court will extend the amendment deadline to 9/30/24. Final extension. The Court notes that any amended complaint prior to the 9/30/24 still requires leave of court or the consent of the opposing party under FRCP 15(a)(2). Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.