## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

RASHAD WALSTON, on behalf of himself :   Case No. 1:23-cv-00083
and all others similarly situated, :
                       :
     Plaintiff, :
                       :
v. :
                       :
NATIONAL RETAIL SOLUTIONS, INC. :
D/B/A NRS PAY, :
                       :
     Defendant. :

_____/

## DECLARATION OF PATRICK FITZGERALD

I, Patrick Fitzgerald, in accordance with 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct.

1.     My name Patrick Fitzgerald. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are of my personal knowledge, and if sworn I could and would competently testify hereto.

2.     I am an associate of Watstein Terepka LLP. I am an attorney of record for Defendant National Retail Solutions, Inc. ("NRS"), in the above-referenced matter.

3.     This declaration is in response to Plaintiff Rashad Walston's ("Plaintiff") Motion to Compel Production of Unredacted Documents and to describe circumstances and exhibits related to that motion.

### A. The VoiceLogic List

4.     On August 16, 2024, in response to Plaintiff's discovery requests seeking the numbers to which NRS intended to send ringless voicemails, NRS produced a list of telephone numbers uploaded to the VoiceLogic platform (the "VoiceLogic List"), the ringless

voicemail provider NRS used. NRS redacted part of the telephone numbers on the VoiceLogic List to balance the need to make an informed certification decision while avoiding the risk of improper solicitation.

5.    NRS offered to stipulate regarding the number of cell phones on the VoiceLogic List to address Plaintiff's concern that he needed complete phone numbers. However, Plaintiff maintained that a stipulation was inadequate.

**B. Plaintiff's Engagement Letter**

6.    On July 31, 2024, in response to NRS's discovery seeking Plaintiff's engagement letter, Plaintiff produced redacted engagement letters. Attached hereto as Exhibit A is a true and correct copy of the relevant portion of Plaintiff's production, along with the email correspondence wherein Plaintiff made that production.

7.    In his July 31 email, Plaintiff explained that he amended the engagement letter dated December 19, 2023 "out of an abundance of caution based on a review of your provided case law and the guidance provided therein. [*In re Ocean Bank*, 2007 WL 1063042, at 7 (N.D. Ill. Apr. 9, 2007).]"

8.    Defendant maintained that the redactions were improper and the parties had a meet and confer on August 16, 2024. During the meet and confer, opposing counsel explained that the provision related to settling "against the written advice of the firm" (removed in the agreement dated July 30, 2024) was designed to prevent clients from taking a quick payout at counsel's expense.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Executed on September 6, 2024, in Atlanta, Georgia.

DocuSigned by:

2589A780EAAF4DC...

Patrick J. Fitzgerald

Docusign Envelope ID: 67AF55DF-479D-4932-892B-20D8BF07DB0E

# EXHIBIT A

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Wednesday, July 31, 2024 at 1:48 PM
**To:** Ryan Watstein <Ryan@wtlaw.com>, Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Discovery items
[Warning – external]
Hi Ryan and Pat:

Nice speaking with you today. Despite the contentious reports, I do think we may have landed in a good spot and hopefully things can proceed more smoothly from here.

A few items:

1. Attached, please find redacted representation agreements dated November 21, 2023; December 19, 2023; and July 30, 2024. The recent amendment is made out of an abundance of caution based on a review of your provided case law and the guidance provided therein. *See, e.g. In re Ocean Bank*. To give you the complete picture of what has changed, I have produced redacted versions of all 3 representation agreements. The agreement in place from November 21 through December 18, and the agreement in place July 30 to the present, are fully redacted but for those sections/parts that differ in substance from the December 19 agreement, which has been produced as previously offered.

2. I think it would be helpful to clarify your forthcoming discovery. You mentioned that all that was really left is to run the search terms from RFP 52. While these search terms may capture *some* of the documents responsive to other requests, they likely won't capture all (e.g. I'm not sure that they would capture the lists of numbers your client uploaded to VoiceLogic). I'd like to understand whether this means you will *not* have lists/files/reports provided to/from VoiceLogic (unless turned up by the search terms), or that you may, but you're currently combing through documents yet to be produced apart from the search term documents.

3. Regarding Diana Stern's documents/depo, I think the most reasonable approach is to take the deposition on August 19 based on what you produce regarding Diana Stern's deposition, but hold any remaining time open pending the results of subsequent production. If additional questioning is needed based on such subsequent production, I would agree to conduct those remotely, or to ask such questions at the 30(b)(6) deposition on their own separate clock (rather than counting against 30(b)(6) time), if Mrs. Stern is indeed a designee. Flexible here, if you have a different proposal.

Let me know if we need to hop on a call to discuss this (or anything else).

Best,
Jeremy

--

**Jeremy M. Glapion**
Partner
Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719
Tel.: 732-455-9737

## STANDARD TERMS OF ENGAGEMENT

**I, RASHAD WALSTON,** ("you, your") retain **THE GLAPION LAW FIRM, LLC**, located at 1704 Maxwell Drive, Wall, NJ, ("we, us, our, firm, attorneys"), to represent your interests in a matter against National Retail Solutions, Inc., and any of their affiliates, subsidiaries, related entities, agents and employees thereof for claims based on violations of the Telephone Consumer Protection Act ("TCPA") and other potential claims related to the nuisance telephone calls (such as invasion of privacy) (collectively, "Claims").

Your current mailing address (no PO box) is:



Your telephone number (if an unwanted calls case, the number that received or is receiving the unwanted calls):

4088

The wireless carrier for the listed number:



Your best contact number if it differs from the above:

### Attorney Client Relationship



### Responsibilities

RWW001242



## Electronic Communications

## Association With Outside Counsel

RWW001243



**Representing Adverse Interest**



**Legal Fees**

You will not have to pay for the firm's services.

We may ask the other party to pay attorneys' fees and costs. You agree that we are entitled to any such money awarded or specified in any settlement agreement as costs and attorneys' fees for our work on this case. █████████████████████████████ 1) the firm's hourly rate (currently $650/hour) times hours worked (**"base lodestar amount"**). ████████████████████████████ ████████████████████████████ ████████████████████████

████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ███████████████████████

It is expressly understood that in the event that the attorneys are unsuccessful in recovering money in this action, **you will not be responsible to reimburse the attorneys for any out of pocket costs or legal fees**.

RWW001244

Docusign Envelope ID: 67AF55D5-479D-4833-992B-20D8BF07DB9E

███████████████████████████████████
███████████████████████████████████
████████████████████

Should the matter be certified as a class or collective action (including certification for the purposes of settlement only), the Court will be required to approve any settlement. In such a circumstance, the firm shall be entitled only to those fees approved by the Court, in the form prescribed by the Court (e.g. to be paid separately or out of the settlement fund).

If a matter brought as a class action at any point ceases to be a class action (such as through denial of class certification), the firm may elect to withdraw from representing you for your individual claim. You owe the firm nothing in such a circumstance. Should the firm not elect to withdraw, the provisions of this agreement remain in force as applicable to individual claims.

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████

## Settlement

We will not settle any matter without your approval. We will notify you immediately of the terms of any reasonable settlement offers we receive. You have the absolute right to accept or reject any settlement offer. If you do not respond to three attempted communications (regarding a settlement offer) from this office – including the sending of a certified letter – then we can accept and sign the agreement and release on behalf of the client.

While you retain the right to accept any settlement offer from defendant, you further agree that if you accept a settlement offer against the written advice of the firm, and the settlement offer does not provide for a payment of attorney's fees equaling or exceeding the base lodestar amount, you will be responsible for payment of our base lodestar amount.

## Tax Treatment



## Terminating the Representation

███████████████████████████████████
███████████████████████████████████

RWW001245

███████████████████████████████████████
██████████████████████████████

     We may withdraw from your representation at any time prior to the filing of any formal legal proceeding before a court or other judicial or quasi-judicial body, with no costs due from you to us. ███████████████████████████████
███████████████████████████████████████
████████

     We may mutually agree to terminate the attorney-client relationship, in which case such an agreement needs to be made in a writing signed by both you and the firm. Should we mutually agree to terminate the relationship, you will owe us nothing.

### Retention of Closed Files

███████████████████████████████████████
████████████████████████

### No Guarantees

██████████████████████████████

### Entire Agreement

███████████████████████████████████████
██████████████████

### No Oral Modifications

     Any modifications to this agreement must be in writing and sign by both of parties. Oral modifications will not be valid.

### Severability

███████████████████████████████████████
████ .

### Applicable Law

██████████████████████████████████

### Child Support Judgment Search

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

RWW001246

Docusign Envelope ID: 67AF659E-479D-4833-992B-20D8BF07DB9E

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

### **Effective Date**

This agreement will take effect upon the signing by both of us.

AGREED: *Rashad Walston*                              Dated: 19/12/2023
Rashad Walston (Dec 19, 2023 19:18 CST)
RASHAD WALSTON

THE GLAPION LAW FIRM LLC

AGREED: _____                   Dated: 19/12/2023
(Dec 19, 2023 13:41 EST)
Jeremy M. Glapion
THE GLAPION LAW FIRM

RWW001247

Duties of a Class Representative

■ ████████████████████████████████████████████████████
████████████████

■ ████████████████████████████████████████████████████
████████████████████████

■ ████████████████████████████████████████████████
████████████████

■ ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

■ ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████

■ ████████████████████████████████████████████████████
████████████████████████

■ ████████████████████████████████████████████████████
████████████████████████████████

8.    A class representative accepts the possibility that, in the event the case is lost, the court may assess certain of defendants' costs of litigation against the class representatives. To the extent permitted by law and the applicable Rules of Professional Responsibility, however, Attorneys will pay these costs.

■ ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

■ ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████

Dated:  19/12/2023                  Signed:  *Rashad Walston*
                                              Rashad Walston (Dec 19, 2023 19:18 CST)

                                    Printed Name:  Rashad Walston

RWW001248

Docusign Envelope ID: 67AF65DE-479D-4933-992B-20D8BF07DB0E



Adobe Acrobat Sign

RWW001249

Docusign Envelope ID: 67AF65DE-479D-4833-992B-20D8BF07DB0E



RWW001257

Docusign Envelope ID: 67AF65D5-479D-4833-992B-20D8BF07DB0E



RWW001258

Docusign Envelope ID: 67AF55D5-479D-4833-992B-20D8BF07DB0E



   Should we associate with outside counsel, we will notify you in writing via email, unless you indicate another method is preferred. Your response to that email agreeing to our association with outside counsel constitutes a modification of this paragraph to include in the table below the outside counsel with whom we, as if written directly therein.

| Attorney(s) | Reason | Percentage of Total Fee |
|---|---|---|
| Jeffrey Grant Brown | Local Counsel | |
| Sam Gebrael | Assistance Obtaining Canadian Documents | |

RWW001259



### Settlement

We will not settle any matter without your approval. We will notify you immediately of the terms of any reasonable settlement offers we receive. You have the absolute right to accept or reject any settlement offer. If you do not respond to three attempted communications (regarding a settlement offer) from this office – including the sending of a certified letter – then we can accept and sign the agreement and release on behalf of the client.

### Tax Treatment



RWW001260

RWW001261



AGREED: _Rashad Walston_                    Dated: 30/07/24
Rashad Walston (Jul 30, 2024 11:13 CDT)
          RASHAD WALSTON


THE GLAPION LAW FIRM LLC


AGREED: _____                    Dated: 30/07/24
(Jul 30, 2024 14:54 EDT)
          Jeremy M. Glapion
          THE GLAPION LAW FIRM

RWW001262



Adobe Acrobat Sign

RWW001263