IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

## DEFENDANT'S MOTION FOR ORAL ARGUMENT

Defendant National Retail Solutions, Inc. ("NRS") requests oral argument on Plaintiff Rashad Walston's Motion to Compel. NRS believes the record supports denying the Motion to Compel, or at the very least restricting Plaintiff counsel's ability to contact putative class members. Nevertheless, in his reply, Plaintiff concedes (at 9) that he plans to use the phone numbers to contact putative class members. NRS will file a motion by October 4 detailing why this concession is particularly problematic in light of Plaintiff counsel's recent misconduct, which renders counsel and Plaintiff inadequate to pursue this case on a class basis under Rule 23.[1] The Court should schedule oral argument on the Motion to Compel for after October 4 so the Court may make a fully informed decision on the Motion to Compel with all relevant information. NRS estimates needing between 15-20 minutes for argument.

---

[1] Plaintiff complains (at 8) that NRS did not address the July 30, 2024 unredacted engagement letter in its response. But Plaintiff designated that agreement as "CONFIDENTIAL" and the Confidentiality Order applies to documents, along with "descriptions that contain the Confidential Information." ECF No. 19 at 2. NRS will address the unredacted agreement, in accordance with LR 26.2, in its forthcoming motion.

DATED: September 16, 2024.

        Respectfully submitted,

        */s/ Ryan D. Watstein*
        Ryan D. Watstein (*admitted pro hac vice*)
        ryan@wtlaw.com
        Patrick J. Fitzgerald (*admitted pro hac vice*)
        pfitzgerald@wtlaw.com
        **WATSTEIN TEREPKA LLP**
        1055 Howell Mill Road, 8th Floor
        Atlanta, Georgia 30318
        Tel: (404) 782-9821
        Fax: (404) 537-1650

        Justin M. Penn, ARDC 6283726
        jpenn@hinshawlaw.com
        **HINSHAW & CULBERTSON LLP**
        151 North Franklin Street, Suite 2500
        Chicago, Illinois 60606
        Tel: (312) 704-3000

        *Counsel for Defendant*

## CERTIFICATE OF CONFERRAL

Defendant certifies that it conferred with Plaintiff's counsel regarding this motion and explained that the adequacy issues related to his engagement letter bore on his intent to use the phone numbers to contact putative class members. Plaintiff declined to agree.

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
