Jeremy Glapion <jmg@glapionlaw.com>

## Second Amended Complaint
7 messages

---

**Jeremy Glapion** <jmg@glapionlaw.com>                    Thu, Sep 26, 2024 at 1:43 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <ryan@wtlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>
Bcc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@maildrop.clio.com>

Counsel:

With the amended pleading deadline expiration coming up on September 30 (Monday), I wanted to flip over a redline of the second amended complaint for your review and consent under Fed. R. Civ. P. 15(a)(2).

I do not anticipate any substance changing from this, but I will continue to review for errors. Should anything more than typographical errors etc change, I will let you know.

Best,
Jeremy

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

📄 **Draft Second Amended Complaint.docx**
416K

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>                    Thu, Sep 26, 2024 at 6:01 PM
To: Jeremy Glapion <jmg@glapionlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

Thanks, Jeremy. We will try to get an answer by tomorrow.


**Patrick J. Fitzgerald**

WATSTEIN TEREPKA <sup>LLP</sup>

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Sent:** Thursday, September 26, 2024 1:43:32 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Second Amended Complaint

[Warning – external]

Counsel:

With the amended pleading deadline expiration coming up on September 30 (Monday), I wanted to flip over a redline of the second amended complaint for your review and consent under Fed. R. Civ. P. 15(a)(2).

I do not anticipate any substance changing from this, but I will continue to review for errors. Should anything more than typographical errors etc change, I will let you know.

Best,

Jeremy

[Quoted text hidden]

---

**Jeremy Glapion** <jmg@glapionlaw.com>  Fri, Sep 27, 2024 at 1:51 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

One slight tweak to the class definition—adding "using voicelogic's services" after "Defendant". I do not believe this is material but more clarifying. It now reads:

"Between October 26, 2020 and January 3, 2024, all persons within the United States who received on their cellular telephone a ringless voicemail sent by Defendant using VoiceLogic's services or by VoiceLogic on Defendant's behalf.

--

**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

On Thu, Sep 26, 2024 at 6:01 PM, Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

> Thanks, Jeremy. We will try to get an answer by tomorrow.
>
> **Patrick J. Fitzgerald**
> WATSTEIN TEREPKA [LLP]
> pfitzgerald@wtlaw.com
> www.wtlaw.com
>
> ---
>
> **From:** Jeremy Glapion <jmg@glapionlaw.com>
> **Sent:** Thursday, September 26, 2024 1:43:32 PM
> **To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>; Ryan Watstein <Ryan@wtlaw.com>
> **Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
> **Subject:** Second Amended Complaint

[Warning – external]

Counsel:

With the amended pleading deadline expiration coming up on September 30 (Monday), I wanted to flip over a redline of the second amended complaint for your review and consent under Fed. R. Civ. P. 15(a)(2).

I do not anticipate any substance changing from this, but I will continue to review for errors. Should anything more than typographical errors etc change, I will let you know.

Best,

Jeremy

--

[Quoted text hidden]

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>  Fri, Sep 27, 2024 at 2:20 PM
To: Jeremy Glapion <jmg@glapionlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Thanks, Jeremy.  Just to clarify: Are you planning to file today or Monday?

Pat

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Friday, September 27, 2024 at 1:51 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Second Amended Complaint

[Warning – external]

One slight tweak to the class definition—adding "using voicelogic's services" after "Defendant". I do not believe this is material but more clarifying. It now reads:

"Between October 26, 2020 and January 3, 2024, all persons within the United States who received on their cellular telephone a ringless voicemail sent by Defendant using VoiceLogic's services or by VoiceLogic on Defendant's behalf.

Image removed by sender.

--

| Image removed by sender. | **Jeremy M. Glapion** |
|---|---|
| | Partner |
| | Glapion Law Firm |
| | 1704 Maxwell Drive |
| | Wall, New Jersey 07719 |
| | Tel.: 732-455-9737 |

[Quoted text hidden]

[Quoted text hidden]

**[Warning – external]**

[Quoted text hidden]

--

| Image removed by sender. | **Jeremy M. Glapion** |
|---|---|
| | Partner |
| | Glapion Law Firm |
| | 1704 Maxwell Drive |
| | Wall, New Jersey 07719 |
| | Tel.: 732-455-9737 |

---

**Jeremy Glapion** <jmg@glapionlaw.com>　　　　　　　　　　　　　　　　　　　Fri, Sep 27, 2024 at 2:21 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Monday if you need the time to run it by your client

--



**Jeremy M. Glapion**

Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

On Fri, Sep 27 2024 at 2:20 PM, Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

Thanks, Jeremy.  Just to clarify: Are you planning to file today or Monday?

Pat

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Friday, September 27, 2024 at 1:51 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Second Amended Complaint

[Warning – external]

One slight tweak to the class definition—adding "using voicelogic's services" after "Defendant". I do not believe this is material but more clarifying. It now reads:

"Between October 26, 2020 and January 3, 2024, all persons within the United States who received on their cellular telephone a ringless voicemail sent by Defendant using VoiceLogic's services or by VoiceLogic on Defendant's behalf.

--

**Jeremy M. Glapion**

Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

[Quoted text hidden]

  [Quoted text hidden]

[Warning – external]

[Quoted text hidden]

--

**Jeremy M. Glapion**

Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com> Fri, Sep 27, 2024 at 2:26 PM
To: Jeremy Glapion <jmg@glapionlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Got it, thank you!

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA <sup>LLP</sup>

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Friday, September 27, 2024 at 2:21 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Second Amended Complaint

[Warning – external]

Monday if you need the time to run it by your client

Image removed by sender.

--

 **Jeremy M. Glapion**

[Quoted text hidden]

[Quoted text hidden]

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>   Mon, Sep 30, 2024 at 12:49 PM
To: Jeremy Glapion <jmg@glapionlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Jeremy,

Reserving our right to challenge the pleadings: NRS does not oppose the motion to amend the complaint.

Pat

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA <sup>LLP</sup>

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Friday, September 27, 2024 at 2:21 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Second Amended Complaint

[Warning – external]

Monday if you need the time to run it by your client



--

 **Jeremy M. Glapion**
[Quoted text hidden]

[Quoted text hidden]