# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Rashad Walston

                        Plaintiff,

v.                                              Case No.: 1:24−cv−00083

                                                            Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's emergency motion for protective order [63] is improperly presented before this court. Plaintiff must notice the motion for presentment before Magistrate Judge Gilbert. Mailed Notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.