## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Rashad Walston

          Plaintiff,

v.                    Case No.: 1:24–cv–00083
                    Honorable Sunil R. Harjani

National Retail Solutions, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2024:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff has filed an Emergency Motion for Protective Order [63]. Defendant shall file a response to the Motion [63] on or before 10/9/24, and Plaintiff shall reply by 10/11/24. If Defendant files any motion relating to Plaintiff's counsel and his representation of Plaintiff in this case, that motion and any subsequent briefing on that motion shall be filed under seal until further order of court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.