IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:24-cv-00083 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE REGARDING EMERGENCY MOTION**

Defendant National Retail Solutions, Inc. files this notice regarding Plaintiff Rashad Walston's "emergency" motion to file under seal. Plaintiff has known since September 16, 2024 that NRS intended to file a motion regarding his adequacy by October 4, 2024. ECF No. 58. Nevertheless, Plaintiff waited until the day before NRS's anticipated filing to preemptively seal the entire motion, vaguely claiming that it would cast doubt on his character (that Plaintiff and his counsel put at issue by initiating a putative class action, where they hold the affirmative burden to establish adequacy per Federal Rule of Procedure 23).

NRS opposes sealing the forthcoming motion and will file its response by October 9 as the Court directed. As a precaution, NRS will wait until the Court rules on Plaintiff's motion before filing its motion to deny class certification. In the interim, the Court should refrain from ruling on Plaintiff's pending motion to compel (ECF No. 48), which NRS's forthcoming motion to deny class certification bears directly on, as NRS explained at ECF No. 58. Any other outcome would allow Plaintiff to use a non-existent emergency to prevent the Court from considering evidence and arguments relevant to the class data sought, and potential misuse of the same.

DATED: October 4, 2024.

        Respectfully submitted,

        */s/ Ryan D. Watstein*
        Ryan D. Watstein (*admitted pro hac vice*)
        ryan@wtlaw.com
        Patrick J. Fitzgerald (*admitted pro hac vice*)
        pfitzgerald@wtlaw.com
        **WATSTEIN TEREPKA LLP**
        1055 Howell Mill Road, 8th Floor
        Atlanta, Georgia 30318
        Tel: (404) 782-9821
        Fax: (404) 537-1650

        Justin M. Penn, ARDC 6283726
        jpenn@hinshawlaw.com
        **HINSHAW & CULBERTSON LLP**
        151 North Franklin Street, Suite 2500
        Chicago, Illinois 60606
        Tel: (312) 704-3000

        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  */s/ Patrick J. Fitzgerald*
                                                  Patrick J. Fitzgerald