# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Rashad Walston
                                                Plaintiff,

v.                                                      Case No.: 1:24−cv−00083
                                                             Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [54]. The Court sets the following motions for hearing in−person on 10/16/24 at 2:00 p.m. in Courtroom 1386 − Plaintiff's Motion to Compel Production of Unredacted Documents [48], Defendant's Motion for Oral Argument [58], and Plaintiff's Emergency Motion for Protective Order [63]. The case also is set for a general discovery status on that same date and time. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.