## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rashad Walston

                                      Plaintiff,

v.                                                                          Case No.: 1:24−cv−00083

                                                                               Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In its Opposition to Plaintiffs Motion to Compel [56], Defendant says it is willing to stipulate to something concerning the cell phone numbers on the VoiceLogic List and with respect to its forthcoming ringless voicemail log. Opposition [56] at 3, 6, 8. However, it is unclear precisely to what Defendant is willing to stipulate. Defendant should be prepared to articulate the language for its proposed stipulation(s) at the hearing on Plaintiffs Motion to Compel [56] set for 2:00 p.m. on 10/16/24 [67] and, if possible, it should file its proposed stipulation(s) via the CM/ECF docket by 11:30 a.m. Central Time on 10/16/24 as a supplement to its Opposition [56]. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.