IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

## DEFENDANT'S SUPPLEMENT IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to this Court's minute entry ordering NRS to "file its proposed stipulation(s) via the CM/ECF docket by 11:30 a.m. Central Time on 10/16/24 as a supplement to its Opposition," Defendant NRS proposes the following stipulation:

1. Numerosity: Defendant agrees that the number of persons to whom an NRS ringless voicemail was sent to their cellular phone satisfies Rule 23's numerosity requirement.

2. Consent: NRS is searching for evidence that the putative class members consented to receive ringless voicemails. To the extent NRS uncovers any such evidence, it will produce that evidence (consent and the full phone number of the person who consented to receive the ringless voicemails) to Plaintiff within 14 days.

3. Damages/Receipt of Call: NRS agrees that Plaintiff may subpoena cellular carriers and ask if they can identify whether a message was delivered or played via their subscriber records.

4. Finally: To the extent the district court denies NRS's motion to deny certification,[1] NRS agrees to reconsider and meet and confer about producing the entirety of the numbers in question.

NRS maintains that the foregoing stipulation addresses the concerns Plaintiff raises in his Motion to Compel (those that were not mooted by his recent change in class definition) and that the Court should therefore deny the motion.

DATED: October 16, 2024.

Respectfully submitted,

/s/ Ryan D. Watstein
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

---

[1] NRS provided a copy of this motion to Your Honor (and Plaintiff's counsel) this morning and will file it as soon as Plaintiff's emergency motion to seal is resolved.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Ryan D. Watstein*
Ryan D. Watstein