# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rashad Walston

               Plaintiff,

v.

National Retail Solutions, Inc.

               Defendant.

Case No.: 1:24–cv–00083
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2024:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 10/16/24. Defendant's Motion for Oral Argument [58] is granted in part for the reasons stated on the record. Plaintiff's Emergency Motion for Protective Order [63] is denied for the reasons stated on the record. Defendant's Motion for Leave to File Surreply to Plaintiff's Emergency Motion for Protective Order (ECF No. 69) [73] is denied for the reasons stated on the record. Plaintiff's Motion to Compel Production of Unredacted Documents 48 is taken under advisement for the reasons stated on the record. By 10/30/24, the parties shall file a joint status report that includes either a proposed stipulation relating to the numerosity issue addressed in the briefing of the Motion to Compel [48] or another proposal concerning how to address Plaintiff's request for information sufficient for him to support the numerosity element of a motion for class certification under Federal Rule of Civil Procedure 23. The parties' status report shall also include the following: (1) The parties' progress with other aspects of written discovery; (2) A date by which no further written discovery will be served without a court order; and (3) Proposed or confirmed dates for depositions that the parties have calendared before the close of fact discovery. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.