**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:24-cv-00083 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| | : | |
| Defendant. | : | |

_____/

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MOTION
TO DENY CLASS CERTIFICATION**

Defendant National Retail Solutions, Inc. moves for leave to file a motion to deny class certification exceeding the 15-page limit, L.R. 7.1, by nine pages. NRS states the following in support:

1.       NRS will file a motion to deny class certification, raising several complex legal and factual issues that require detailed discussion regarding Plaintiff and his counsel's adequacy to represent the proposed class. Specifically, the motion examines the terms in multiple versions of Plaintiff's engagement letters, which improperly seized control of his client's power to settle his claims, along with Counsel's representation to the Court about that authority.

2.       Pursuant to N.D. Ill. Local Rule 7.1, "[n]either a motion nor brief in support of or in opposition to any motion… shall exceed 15 pages without prior approval of the court."

3.     NRS has made every effort to limit its motion to comply with the page limit. However, NRS needs additional pages to adequately address the impact that the engagement letters have on this case and on the integrity of class actions in general.

4.     Accordingly, NRS requests leave to file a motion to deny class certification not exceeding 24 pages, nine pages over the limit permitted by Local Rule 7.1.

5.     Counsel for Plaintiff indicated he does not oppose the motion, provided NRS agrees to his seeking leave to exceed LR 7.1 for his response.  NRS agrees not to oppose any such request up to 30 pages.

6.     Allowing for a complete and thorough presentation of the issues will aid the Court in considering all relevant aspects of the motion to deny class certification and will promote an efficient resolution of this matter.  *See Mejdrech v. Lockformer Co., a div. of Met-Coil Sytems Corp.*, 2003 WL 22078392, at *2 (N.D. Ill. Sept. 5, 2003) (granting defendants' motion for leave to exceed page limits).

7.     In accordance with Local Rule 7.1, NRS included a table of contents and authorities.

WHEREFORE, NRS asks the Court to grant its motion to exceed its page limit, filing a motion that will not exceed 24 pages.

DATED:      October 18, 2024.

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*pro hac vice*)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821

Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel:  (312) 704-3000


*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein