# EXHIBIT B

 Jeremy Glapion &lt;jmg@glapionlaw.com&gt;

## Walston v. NRS - Motion to Strike
5 messages

---

**Jeremy Glapion** &lt;jmg@glapionlaw.com&gt;   Fri, Oct 18, 2024 at 5:25 PM
To: Ryan Watstein &lt;ryan@wtlaw.com&gt;, Patrick Fitzgerald &lt;pfitzgerald@wtlaw.com&gt;
Cc: Jeffrey Brown &lt;jeff@jgbrownlaw.com&gt;

Counsel:

Plaintiff intends to move to strike your submitted expert declaration as improper in its scope (e.g. providing legal opinions) and failure to disclose it in advance.

Please let me know if Defendant intends to oppose this Motion.

Thank you,
Jeremy

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Ryan Watstein** &lt;Ryan@wtlaw.com&gt;   Tue, Oct 22, 2024 at 7:25 PM
To: Jeremy Glapion &lt;jmg@glapionlaw.com&gt;, Patrick Fitzgerald &lt;pfitzgerald@wtlaw.com&gt;
Cc: Jeffrey Brown &lt;jeff@jgbrownlaw.com&gt;

We will oppose.

---

**From:** Jeremy Glapion &lt;jmg@glapionlaw.com&gt;
**Date:** Friday, October 18, 2024 at 5:26 PM
**To:** Ryan Watstein &lt;Ryan@wtlaw.com&gt;, Patrick Fitzgerald &lt;pfitzgerald@wtlaw.com&gt;
**Cc:** Jeffrey Brown &lt;jeff@jgbrownlaw.com&gt;
**Subject:** Walston v. NRS - Motion to Strike

[Warning – external]

Counsel:

Plaintiff intends to move to strike your submitted expert declaration as improper in its scope (e.g. providing legal opinions) and failure to disclose it in advance.

Please let me know if Defendant intends to oppose this Motion.

Thank you,

Jeremy



--

| | |
|---|---|
| | **Jeremy M. Glapion** |
| | Partner |
| | Glapion Law Firm |
| | 1704 Maxwell Drive |
| | Wall, New Jersey 07719 |
| | Tel.: 732-455-9737 |

---

**Jeremy Glapion** <jmg@glapionlaw.com>      Wed, Oct 23, 2024 at 4:56 PM
To: Ryan Watstein <Ryan@wtlaw.com>
Cc: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Counsel:

Following up on this, and in particular, the insufficient disclosure aspect of the planned Motion to Strike.

Plaintiff intends to ask the Court to adhere to the timing in the current schedule, which allows the Parties until March 15, 2025 to disclose their own rebuttal experts and March 31, 2025 to depose. [Dkt. 15.]

While Plaintiff may still move to strike, he is entitled to do so after having the opportunity to depose and rebut your expert, per the schedule.

Please let me know if you consent to this request, or if you have a different proposal on this front.

Given our deadline to oppose is 11/1, and I leave for Disney 10/30 as discussed, I would like to file the request no later than tomorrow.

If we need a phone call, I am free this evening (after 730 pm) or tomorrow until 3:30 PM.

Best,
Jeremy

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

On Tue, Oct 22, 2024 at 7:25 PM, Ryan Watstein <Ryan@wtlaw.com> wrote:

> We will oppose.

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Friday, October 18, 2024 at 5:26 PM
**To:** Ryan Watstein <Ryan@wtlaw.com>, Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Walston v. NRS - Motion to Strike

[Warning – external]

Counsel:

Plaintiff intends to move to strike your submitted expert declaration as improper in its scope (e.g. providing legal opinions) and failure to disclose it in advance.

Please let me know if Defendant intends to oppose this Motion.

Thank you,

Jeremy

--

**Jeremy M. Glapion**

Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>   Wed, Oct 23, 2024 at 9:01 PM
To: Jeremy Glapion <jmg@glapionlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

Hi Jeremy,

Can you clarify what you're asking for? You're free to move to strike if you believe you have a basis, but we're not going to agree to something that could defer the ruling (especially not until March 2025).


**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Wednesday, October 23, 2024 at 4:57 PM
**To:** Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Walston v. NRS - Motion to Strike

[Warning – external]

Counsel:

Following up on this, and in particular, the insufficient disclosure aspect of the planned Motion to Strike.

Plaintiff intends to ask the Court to adhere to the timing in the current schedule, which allows the Parties until March 15, 2025 to disclose their own rebuttal experts and March 31, 2025 to depose. [Dkt. 15.]

While Plaintiff may still move to strike, he is entitled to do so after having the opportunity to depose and rebut your expert, per the schedule.

Please let me know if you consent to this request, or if you have a different proposal on this front.

Given our deadline to oppose is 11/1, and I leave for Disney 10/30 as discussed, I would like to file the request no later than tomorrow.

If we need a phone call, I am free this evening (after 730 pm) or tomorrow until 3:30 PM.

Best,

Jeremy

Image removed by sender.

--

Image removed by sender. **Jeremy M. Glapion**

[Quoted text hidden]

[Quoted text hidden]

---

**Jeremy Glapion** <jmg@glapionlaw.com>  Wed, Oct 23, 2024 at 9:05 PM

To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

I understand I am free to move to strike, and, at the moment, I intend to do so—but not before I am permitted to conduct discovery into your expert as permitted by the schedule. I don't think there is a dispute that both the joint schedule we submitted *and* the one entered by the court allows rebuttal experts and deposition experts, is there?

If there is no dispute on that point, then it seemingly goes without saying that I am permitted to conduct that discovery *before* I am forced to oppose the Motion for which that expert report is used.

Trust me, I want to get through this Motion as much as you guys, but given the stakes, I'm not willing to fight with one hand tied behind my back.

As it stands, the schedule allows me until March 15 to rebut and both Parties until March 31 to depose.

Do you have a different proposal?

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737


On Wed, Oct 23, 2024 at 9:01 PM, Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

> Hi Jeremy,
>
> Can you clarify what you're asking for? You're free to move to strike if you believe you have a basis, but we're not going to agree to something that could defer the ruling (especially not until March 2025).
>
>
> **Patrick J. Fitzgerald (bio)**
>
> WATSTEIN TEREPKA <sup>LLP</sup>
>
> P: (404) 400-3382
>
> pfitzgerald@wtlaw.com
>
> www.wtlaw.com
>
> ---
>
> **From:** Jeremy Glapion <jmg@glapionlaw.com>
> **Date:** Wednesday, October 23, 2024 at 4:57 PM
> **To:** Ryan Watstein <Ryan@wtlaw.com>
> **Cc:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
> **Subject:** Re: Walston v. NRS - Motion to Strike
>
> [Warning – external]
>
> Counsel:

Following up on this, and in particular, the insufficient disclosure aspect of the planned Motion to Strike.

Plaintiff intends to ask the Court to adhere to the timing in the current schedule, which allows the Parties until March 15, 2025 to disclose their own rebuttal experts and March 31, 2025 to depose. [Dkt. 15.]

While Plaintiff may still move to strike, he is entitled to do so after having the opportunity to depose and rebut your expert, per the schedule.

Please let me know if you consent to this request, or if you have a different proposal on this front.

Given our deadline to oppose is 11/1, and I leave for Disney 10/30 as discussed, I would like to file the request no later than tomorrow.

If we need a phone call, I am free this evening (after 730 pm) or tomorrow until 3:30 PM.

Best,

Jeremy

[Quoted text hidden]
[Quoted text hidden]