# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rashad Walston

                            Plaintiff,

v.                                                    Case No.: 1:24–cv–00083

                                                             Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 24, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to adjourn briefing on defendant's motion to deny class certification [80] is set for 10/31/2024 at 9:30 a.m. in Courtroom 1925. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.