**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rashad Walston
                          Plaintiff,

v.                                       Case No.: 1:24–cv–00083
                                                  Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: A status hearing is set for 11/6/24 at 11:00 a.m. by video conference. The parties shall file a joint memorandum by noon Central time on 11/4/24 that summarizes their points of disagreement and attach to that memorandum their competing draft stipulations. The call–in number is 650–479–3207 and the Access code: 180 946 2499. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.