UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Rashad Walston
                                              Plaintiff,

v.                                                                               Case No.: 1:24−cv−00083
                                                                                      Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 11/6/24 by video conference. The Court reviewed the parties' respective positions set out in their Proposed Stipulation [86]. Plaintiff's Motion to Compel Production of Unredacted Documents [48] is granted in part for the reasons stated on the record. Defendant shall produce to a third−party vendor the data that was discussed during today's hearing so the vendor can scrub that data and prepare a report that identifies cell phone numbers included within the data provided to it. Only the last 5 digits of the cell phone numbers will be disclosed in the report. Defendant has proposed a vendor and sub−contractor to do that work and produce a report. Defendant promptly shall provide the contact information for the vendor and sub−contractor to Plaintiffs' counsel so Plaintiffs' counsel can speak to that vendor and sub−contractor. The parties shall file a joint status report by noon on 11/19/24 indicating whether they have agreed on a vendor and a subcontractor, and if so, a proposed schedule for Defendant to provide data to the vendor/sub−contractor, and for the vendor/sub−contractor to produce a report. The end result of this process is intended to provide Plaintiffs with a list of redacted cell phone numbers to which the parties can stipulate and that Plaintiffs can use for purposes of their motion for class certification. A status hearing is set for 11/22/24 at 10:00 a.m. via telephone. The call−in number is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number and security code. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and necessary by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.