IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

**UNOPPOSED MOTION TO RESCHEDULE HEARING
ON PLAINTIFF'S MOTION TO ADJOURN**

Defendant NRS asks that the Court reschedule the hearing on Plaintiff Rashad Walston's motion to adjourn NRS's motion to deny class certification, currently set for November 12, 2024 at 9:30 am, to after 2:00 pm on that same day. In support, NRS states:

1. NRS filed its Motion to Deny Class Certification on October 18, 2024, and the Court set a briefing schedule requiring Plaintiff to file his response by November 1, 2024. ECF No. 79.

2. Plaintiff moved to adjourn Defendant's motion to deny class certification on October 24, 2024. ECF No. 80.

3. The Court initially set a hearing on that motion for October 31, 2024. ECF No. 81.

4. The parties jointly moved to appear remotely at the October 31 hearing due to personal plans that made travel to Chicago inconvenient for counsel for both parties. ECF No. 82. To accommodate Plaintiff's family travel plans, along with his concern about Wi-Fi

connectivity issues, NRS agreed to join his request to reset the hearing to November 5 or 6. *Id.*

5. The Court rescheduled the hearing for November 12, 2024 at 9:30 am. ECF No. 83.

6. NRS's lead counsel has oral argument before the United States Court of Appeal for the Seventh Circuit on November 12, 2024 at 9:30 am. *Hulce v. Zipongo, Inc. d/b/a/ Foodsmart*, App. Ct. No. 24-1623.

7. Notwithstanding that NRS agreed accommodated Plaintiff's travel plans, which delayed resolving Plaintiff and NRS's motions, Plaintiff voiced concern about agreeing to reset the hearing to another date. He did, however, say he wouldn't oppose moving the hearing to a later time on the same day.

8. Though preparing for oral argument and a hearing on the same day will burden counsel, NRS wants to resolve Plaintiff's motion as quickly as possible.

9. Accordingly, NRS asks the Court to reschedule the hearing on Plaintiff's motion to adjourn to the afternoon of November 12, 2024, after 2:00 pm.

WHEREFORE, the Parties ask the Court to reschedule the November 12 hearing on Plaintiff's Motion to Adjourn until after 2:00 pm on November 12, 2024.

*[Signatures Appear on Following Page]*

DATED: November 7, 2024.

Respectfully submitted,

*/s/ Jeremy M. Glapion*\*
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com

\* *With express permission*

*Counsel for Plaintiff and the Putative Class*

*/s/ Patrick J. Fitzgerald*
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

## CERTIFICATE OF CONFERRAL

Defendant certifies that it conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel indicated that he did not oppose the Motion.

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald