# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                           Case No.: 1:24–cv–00083
                                                                    Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, November 8, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Unopposed motion to reschedule hearing on plaintiff's motion to adjourn [89] is granted. Plaintiff's motion to adjourn briefing [80] set for 11/12/2024 is amended to begin at 2:00 p.m. in Courtroom 1925. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.