Ryan D. Watstein (*admitted pro hac vice*)
Georgia Bar No. 266019
Patrick J. Fitzgerald (*admitted pro hac vice*)
Georgia Bar No. 405638
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: 404-782-0695
ryan@wtlaw.com
pfitzgerald@wtlaw.com

*Counsel for Plaintiff PivotHealth Holdings, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| PivotHealth Holdings, LLC,<br><br>    Plaintiff,<br>v.<br><br>Lucas Horton,<br><br>    Defendant. | Civil Action 2:24-cv-01786-MTL |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff PivotHealth Holdings, LLC, files this motion for leave to file a surreply to Defendant's Motion to Dismiss for Lack of Jurisdiction. As good cause, Pivot states the following:

1. Defendant Lucas Horton filed his reply in support of his motion to dismiss, raising a host of arguments he failed to address in the initial motion. *See, e.g.*, ECF No. 18 at 18–19 (addressing *Panavision Int'l, L.P. v. Toeppen*, 141 F.3d 1316, 1323 (9th Cir. 1998) factors regarding the reasonableness of personal jurisdiction).

2. Pivot could move to strike those parts of the reply. *Stokes v. Total Transit Inc.*, 2019 WL 8997655, at *5 (D. Ariz. Mar. 26, 2019) ("The district court has discretion to strike new material raised for the first time in a reply brief.").

3. However, most of Horton's arguments are unsubstantiated accusations and insults that have no bearing on this Court exercising jurisdiction.

4. Accordingly, in the interest of judicial economy, Pivot asks for leave to file a brief sur-reply, attached hereto as Exhibit 1.

5. A court may allow a party to file a surreply "where the movant raises new arguments in its reply brief." *Kamali v. Stevens*, 2022 WL 2119024, at *3 (E.D. Cal. June 13, 2022).

6. The undersigned counsel conferred with Horton, who advised that he does not oppose the sur-reply. Accordingly, Horton will not be prejudiced by the briefing.

In light of the foregoing, Plaintiff asks the Court grant this Motion and allow it to file the attached surreply.

DATED: November 11, 2024

**WATSTEIN TEREPKA LLP**

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel. (404) 782-0695

*Attorneys for Plaintiff*
*PivotHealth Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024, I caused a true and correct copy of the foregoing to be electronically filed a with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and via email and U.S. first class mail, postage prepaid as follows:

Lucas Horton
1202 Stratford
Richardson, TX 75080
Email: lukeduke365@yahoo.com

/s/ Ryan D. Watstein
Ryan D. Watstein