Ryan D. Watstein (*admitted pro hac vice*)
Georgia Bar No. 266019
Patrick J. Fitzgerald (*admitted pro hac vice*)
Georgia Bar No. 405638
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: 404-782-0695
ryan@wtlaw.com
pfitzgerald@wtlaw.com

*Counsel for Plaintiff PivotHealth Holdings, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| PivotHealth Holdings, LLC,<br><br>　　Plaintiff,<br>v.<br><br>Lucas Horton,<br><br>　　Defendant. | Civil Action 2:24-cv-01786-MTL |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiff PivotHealth Holdings, LLC's Motion to File Surreply to Defendant's Motion to Dismiss for Lack of Jurisdiction. For good cause shown, Plaintiff's motion is **GRANTED**.

SO ORDERED, this the ____ day of November 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL T. LIBURDI
　　　　　　　　　　　　　　　　　　United States District Judge