## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rashad Walston

                    Plaintiff,

v.                                            Case No.: 1:24–cv–00083
                                                      Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held on Plaintiff's motion to adjourn [80]. For the reasons stated on the record, the motion [80] is denied. The Court enters the following briefing schedule on the motion to deny class certification [76]: Plaintiff's response is due 12/27/2024 and Defendant's reply brief is due 1/17/2025. Plaintiff's oral motion for leave to file additional pages is granted in part. Plaintiff's response brief shall not exceed twenty–three pages. Any motion for class certification from Plaintiff shall be considered once all discovery has been completed. In the interim, the parties shall continue all discovery, but shall also secure its experts and depose each other's experts, if necessary, for purposes of responding to the pending motion to deny class certification. The parties should also continue to meet Magistrate Judge Gilbert's discovery schedule as set forth in docket [15]. The Court also advised the parties to take the tone of this litigation down a few notches and to not file unnecessary motions or response briefs, but to wait for the Court to enter an order for a hearing or a briefing schedule. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.