UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>**Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br>Magistrate Judge: Jeffrey T. Gilbert |

**[PROPOSED] STIPULATION**

Defendant, National Retail Solutions, hereby stipulates and agrees as follows:

1. Defendant will provide, or has provided, third-party vendor, PacificEast, with approximately 81 "Campaign Reports" created by VoiceLogic.

2. These Campaign Reports indicate, among other things, ringless voicemail attempts on a certain date to specific phone numbers.

3. These lists were provided to PacificEast so PacificEast can identify the line type (e.g. wireless/cellular, landline, or VoIP) of specific phone numbers on the date of the ringless voicemail attempt(s) to those phone numbers.

4. For the purposes of this case only, Defendant acknowledges that PacificEast's line type identifications and designations are accurate.

5. For the purposes of this case only, Defendant will not contest the accuracy of PacificEast's line type identifications and designations, or its methodology in making such identifications and designations.

1

6. This stipulation is void if any Judge assigned to this matter orders Defendant to produce, prior to class certification, a substantial number (*i.e.*, more than 400) of telephone numbers in the campaign reports in unredacted form.

Dated: November 19, 2024

/s/ *Ryan D. Watstein*
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*