# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:23-cv-00083 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S AMENDED FIFTH SET OF REQUESTS FOR ADMISSION

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████

        ████████████████████████████████

    █   ████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████

    █   ████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████



**REQUEST FOR ADMISSION NO. 54**

ADMIT that, on or after January 3, 2024, YOU have COMMUNICATED with more than one PUTATIVE CLASS MEMBER.

**RESPONSE:**

Defendant references and incorporates its objection to the term "YOU," set forth above. The term is particularly objectionable here because the Request includes conduct by persons other than Defendant. Defendant responds to this Request on behalf of NRS alone.

Defendant objects to this Request as seeking an admission that is not relevant to the parties' claims and defenses. For example, Defendant's efforts to investigate Plaintiff's putative class action allegations is irrelevant to its alleged liability. As the Court acknowledged, Plaintiff's complaint that "defendant has this information, why shouldn't I have it" does not make the information discoverable. Nov. 6, 2024 Transcript at 7:21–8:21 ("I'm not buying that whole argument, okay."). The Request is likewise objectionable as "PUTATIVE CLASS MEMBER" could include NRS's customers.

In light of the foregoing objections,, Defendant admits this Request.

DATED: November 14, 2024.

Respectfully submitted,

*/s/ Ryan D. Watstein*
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000
*Counsel for Defendant*

19