# **EXHIBIT B**



Jeremy Glapion <jmg@glapionlaw.com>

## Rule 72 objections
4 messages

**Jeremy Glapion** <jmg@glapionlaw.com>  Wed, Nov 20, 2024 at 1:24 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <ryan@wtlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

I assume our status report satisfies the necessary meet and confer on whether the Rule 72 objection to Judge Gilbert's issue is opposed or not, but let me know if you disagree. I have to file today.

Best,
Jeremy

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>  Wed, Nov 20, 2024 at 1:44 PM
To: Jeremy Glapion <jmg@glapionlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

Understood.  We oppose.

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Wednesday, November 20, 2024 at 1:24 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Rule 72 objections

[Warning – external]

I assume our status report satisfies the necessary meet and confer on whether the Rule 72 objection to Judge Gilbert's issue is opposed or not, but let me know if you disagree. I have to file today.

Best,

Jeremy

--

**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Ryan Watstein** <Ryan@wtlaw.com>     Wed, Nov 20, 2024 at 8:49 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Jeremy Glapion <jmg@glapionlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

Yep, and also, just so we're clear on an issue we discussed the other day: we admitted that NRS has contacted class members in our responses to RFAs because some of these folks are NRS customers. So of course NRS has had contact with some of them. Not because we (WT) are contacting them. The latter point is work product. I wanted the record to be clear on that point. And, as discussed, we don't see how Plaintiff would have a need to contact putative class members anyway. If Plaintiff had such a need, that would just show why individualized issues preclude class certification.

[Quoted text hidden]

---

**Jeremy Glapion** <jmg@glapionlaw.com>     Wed, Nov 20, 2024 at 8:54 PM
To: Ryan Watstein <Ryan@wtlaw.com>
Cc: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Thanks, Ryan. This isn't something we need to argue here. The need to contact putative class members, especially if NRS/WT has done so in connection with this litigation, would include, among other things, verifying and/or challenging the statements made in any obtained declarations and/or reviewing obtained evidence.

Would the admission change to a denial if the RFA was limited only to non-customers? I presume not. If it would, though, this is something we would both benefit from clarity on now.

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

On Wed, Nov 20, 2024 at 8:49 PM, Ryan Watstein <Ryan@wtlaw.com> wrote:

Yep, and also, just so we're clear on an issue we discussed the other day: we admitted that NRS has contacted class members in our responses to RFAs because some of these folks are NRS customers. So of course NRS has had contact with some of them. Not because we (WT) are contacting them. The latter point is work product. I wanted the record to be clear on that point. And, as discussed, we don't see how Plaintiff would have a need to contact putative class members anyway. If Plaintiff had such a need, that would just show why individualized issues preclude class certification.

**From:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Date:** Wednesday, November 20, 2024 at 1:44 PM
**To:** Jeremy Glapion <jmg@glapionlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Rule 72 objections

Understood. We oppose.

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Wednesday, November 20, 2024 at 1:24 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Rule 72 objections

[Warning – external]

I assume our status report satisfies the necessary meet and confer on whether the Rule 72 objection to Judge Gilbert's issue is opposed or not, but let me know if you disagree. I have to file today.

Best,

Jeremy

--

**Jeremy M. Glapion**

Partner

Case: 1:24-cv-00083 Document #: 97-2 Filed: 11/20/24 Page 5 of 5 PageID #:1767

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737