# EXHIBIT C

```
 1                 UNITED STATES DISTRIC COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                        TAMPA DIVISION

 3
     MONIFA GRANT,
 4
          Plaintiff,
 5
     v.                              Case No: 8:19-cv-363-SDM-JSS
 6
     REGAL AUTOMOTIVE GROUP,
 7   INC.,

 8        Defendant.

 9   ------------------------/

10
                             Court File No. CV-21-00661041-0000
11

12                              ONTARIO
                         SUPERIOR COURT OF JUSTICE
13

14   THE HONORABLE

15   MR. JUSTICE CHALMERS

16
     B E T W E E N:
17

18      MONNIFA GRANT, individually and on behalf of others
                         similarly situated
19                                                    Applicant

20                              - and -

21         INFOLINK TECHNOLOGIES CORP. o/a VOICELOGIC

22                                                    Respondent
                           * * * * * * * * *
23
        This is the Zoom Video Conference 30(b)(6) Deposition of
24   CESAR CORREIA, taken under oath on Wednesday, the 26th
     day of January, 2022.
25
                           * * * * * * * * *
```

**NIMIGAN MIHAILOVICH REPORTING INC.**

1      system?
2                    MR. ALBINSON:   Objection.
3                    MR. JUDGE:   Just I'll also object,
4      speculation that it calls for.
5                    THE DEPONENT:   You want me to
6      assume -- what did you want me to assume?
7                    BY MR. HIRALDO:
8   183           Q.   I want you to assume that this report
9      was provided by VoiceLogic to Mr. Specht.  And so if
10     that is the case, would the information reflected in
11     this report have been generated by VoiceLogic's computer
12     system?
13                A.   This looks like what --
14                   MR. ALBINSON:   Objection.
15                   MR. JUDGE:   Object on speculation,
16     foundation.
17                   BY MR. HIRALDO:
18  184           Q.   You can answer.
19                A.   This looks like the format we use.
20     We don't provide PDFs, PDF document.  Our Excel document
21     has assumably been modified.  Now it's a PDF, so I don't
22     know what's been modified.
23  185           Q.   I understand your testimony about this
24     being converted to a PDF, so that's not my question.
25     My question is, assume for me that this report