UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Rashad Walston
                                    Plaintiff,

v.                                                       Case No.: 1:24–cv–00083
                                                             Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 21, 2024:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report [96]. According to the parties' status report [96], Defendant will send a campaign report to an outside vendor by Friday, 11/22/24. By 12/2/24, the parties anticipate executing the stipulation attached to the status report. Within five days of the execution of the proposed stipulation, additional campaign reports will be provided to the vendor. Thereafter, the vendor will produce certain information to Defendant who will produce that data to Plaintiff. If the parties cannot agree to use the proposed vendor or to execute the proposed stipulation, the parties say they "will jointly inform the Court by no later than December 6, 2024." [96] at 2. Therefore, the status hearing previously set for 11/22/24 [87] is stricken as premature and unnecessary at this time. Instead, the Court orders the parties to file an updated status report on or before 12/6/24 that contains the following information: (1) what has been agreed, and what, if anything, is not agreed; (2) the anticipated schedule going forward for the analysis and production of the data; and (3) a date for the parties to provide the Court with either an interim or final written status report on the production of data to Plaintiff. The Court then will set a further status hearing as necessary after it receives the parties' updated report. If the parties need more time to file their updated status report, they should file an appropriate motion. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.