**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rashad Walston
          Plaintiff,

v.                 Case No.: 1:24−cv−00083
                 Honorable Sunil R. Harjani

National Retail Solutions, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 2, 2024:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiff's Motion for Relief Under Rule 23(d) [101] and Plaintiff's Motion to Compel [102]: Defendant shall respond by 12/9/24. Plaintiff shall reply by 12/16/24. A motion hearing is set for 12/19/24 at 10:30 a.m. in−person in Courtroom 1386. Out of town counsel may appear by video. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.