## ATTACHMENT A

Alexander D. Terepka – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| California (Bar No. 288243) | 12/20/2012 | Yes |

California State Bar
180 Howard Street
San Francisco, CA 94105
415-538-2000

Alexander D. Terepka – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S. Court of Appeals 3rd Circuit | 10/12/2023 | Yes |
| U.S. Court of Appeals 9th Circuit | 07/31/2014 | Yes |
| U.S. Court of Appeals 11th Circuit | 07/18/2019 | Yes |
| U.S.D.C., Central District of California | 01/21/2015 | Yes |
| U.S.D.C., Eastern District of California | 04/04/2023 | Yes |
| U.S.D.C., Northern District of California | 07/23/2021 | Yes |
| California State and Superior Courts | 12/20/2012 | Yes |

University of Michigan School of Law, J.D.
Cornell University, B.A.