## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : Case No. 1:24-cv-00083 |
| Plaintiff, | : |
| v. | : |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : |
| Defendant. | : |

## **DECLARATION OF MICHAEL HELLERMAN**

1. My name is Michael Hellerman. I am over the age of 18 years and competent to give this declaration.

2. I reviewed Plaintiff's Motion for Relief under Rule 23(d). The motion distorts and misrepresents Watstein Terepka, LLP's interactions with me in this case. It also selectively quotes my deposition, leaving out important information to try to falsely smear Watstein Terepka, LLP. The best way I can describe this in my own words is "deceptive" (and to be clear, that is my own word, not Watstein Terepka, LLP's).

3. In light of this, I would like an opportunity to attend the hearing and testify. Since the motion is based on my testimony, I believe my appearance will be helpful to the Court's decision.

4. I am unable to appear on the currently scheduled hearing date (December 19, 2024) because I will be on vacation until January 2, 2025.

5. As with my October 10, 2024 declaration: Watstein Terepka, LLP drafted this declaration to (accurately) summarize a conversation they had with me, and I had a full opportunity to change it, which was initially sent to me in Word format.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2024 in New York.

_____
Michael Hellerman