**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated, <br><br> **Plaintiff,** <br><br>     **v.** <br><br> **NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,** <br><br> **Defendant.** | Civil Case No.: 24-cv-83 <br><br><br> District Judge: Hon. Sunil R. Harjani <br> Magistrate Judge: Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to docket entry 99, the Parties submit the following Joint Status Report.

### a. Extension of Discovery[1]

The Parties agree that an extension of the operative discovery deadlines is necessary

to accommodate depositions. To that end, the Parties propose the following dates:

| Deadline | Current | Proposed |
|---|---|---|
| Fact Discovery Close | December 13, 2024 | February 14, 2025 |
| Expert Reports | January 17, 2025 | March 21, 2025 |
| Rebuttal Reports | March 15, 2025 | May 16, 2025 |
| Expert Depositions | March 31, 2025 | June 2, 2025 |

### b. Proposed Vendor for Line Type Identification

The Parties have agreed to use PacificEast to provide line type identification services.

---

[1] If the Court prefers, the Parties are amenable to a written discovery cutoff prior to the proposed fact discovery close and can submit their positions on that upon the Court's request.

### c. Stipulation

Defendant executed the agreed-upon stipulation on December 2. [Dkt. 104.]

### d. Anticipated Timing

Pursuant to the November 19 Joint Status Report, Defendant will provide all campaign reports currently in its possession to PacificEast on or before December 7. [Dkt. 96.] This is understood to be campaign reports for campaigns conducted on July 31, 2023; September 18, 2023; and October 12, 2023. Defendant has already provided to PacificEast the July 31, 2023 campaign report and produced the results to Plaintiff.

The Parties understand there to be approximately 78 additional campaign reports during the class period, and Defendant is currently awaiting production of those from VoiceLogic, which will itself occur upon the Canadian court signing its final order. The Parties anticipate that this will happen within the next week or two.

Once those records are produced to Defendant, it will provide them to PacificEast within five (5) days. Within five (5) days of PacificEast's production back to Defendant of the line type and carrier information, Defendant will produce this data to Plaintiff in a way that links the line type and carrier to a given number and call attempt. Defendant will produce this data to Plaintiff in native format (understood to be excel or csv), and in a way that allows Plaintiff to 1) count cellular telephone numbers 2) link a specific ringless voicemail attempt (and its purported disposition) to a specific identified cellular telephone number. Defendant will produce this data fully unredacted except for the telephone numbers, which Defendant will redact or truncate to all but the last 5 digits.

### e. Date for Interim/Final Status Report

The Parties propose January 3, 2025 for a subsequent status report on the production of data to Plaintiff.

Dated: December 6, 2024                           s/ Jeremy M. Glapion
                                      Jeremy M. Glapion
                                      The Glapion Law Firm, LLC
    1704 Maxwell Drive
    Wall, New Jersey 07719
    Tel: 732-455-9737
    Fax: 732-965-8006
    jmg@glapionlaw.com
    Counsel for Plaintiff and the Putative Class


    */s/ Ryan D. Watstein*
    Ryan D. Watstein (pro hac vice)
    ryan@wtlaw.com
    Patrick J. Fitzgerald (pro hac vice)
    pfitzgerald@wtlaw.com
    **WATSTEIN TEREPKA LLP**
    1055 Howell Mill Road, 8th Floor
    Atlanta, Georgia 30318
    Tel: (404) 782-9821
    Fax: (404) 537-1650
    Justin M. Penn, ARDC 6283726
    jpenn@hinshawlaw.com
    **HINSHAW & CULBERTSON LLP**
    151 North Franklin Street, Suite 2500
    Chicago, Illinois 60606
    Tel: (312) 704-3000
    *Counsel for Defendant*