**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rashad Walston

                         Plaintiff,

v.                                               Case No.: 1:24−cv−00083

                                               Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant's Motion for Extension to Respond to Plaintiff's Motion for Rule 23(d) Relief [106] is granted in part. The revised briefing schedule on Plaintiff's Motion for Rule 23(d) Relief [101] is set as follows: Defendant's response is due 12/16/24; and Plaintiff's reply is due 12/23/24. The motion hearing set for 12/19/24 is stricken, and it will be reset for a date after 1/2/25, if necessary, in a future order. The Court does not know at this time whether it will want or need in−person testimony at any future hearing. The Court will address that issue after the motion is fully briefed. The parties do not address the briefing schedule set on Plaintiff';s Motion to Compel [102]. Because the 12/19/24 motion hearing is being stricken, if the parties would like to reset the briefing schedule on Plaintiff's Motion to Compel [102] consistent with the revised briefing schedule set herein, they should promptly send a joint email to the Court's courtroom deputy and the Court will reset that schedule as well. Otherwise, the briefing schedule previously set on the Motion to Compel [102] [103]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.