# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:23-cv-00083 |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| Defendant. | : | |

### DECLARATION OF PATRICK FITZGERALD

I, Patrick Fitzgerald, in accordance with 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct.

1. My name Patrick Fitzgerald. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are of my personal knowledge, and if sworn I could and would competently testify hereto.

2. I am an associate of Watstein Terepka LLP. I am an attorney of record for Defendant National Retail Solutions, Inc., in the above-referenced matter.

3. On November 21, 2024, Plaintiff contacted NRS, alleging its response to Request for Production Number 76, seeking documents relating to "COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS" after January 3, 2023, was deficient.

4. On November 22, 2024, the parties met and conferred by phone to discuss, among other things, whether NRS had an obligation to produce a privilege log for communications between the undersigned and putative class members. However, the parties did not discuss whether the work product privilege applies to those discussions.

5. During the parties' meet and confer, Plaintiff did not demand that NRS produce communications between it and its customers.

6. To the extent the undersigned firm has obtained declarations from putative class members, those documents have not been transmitted to NRS, nor has NRS asked for those documents.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Executed on December 9, 2024, in Atlanta, Georgia.

Patrick J. Fitzgerald