UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Rashad Walston
                                Plaintiff,

v.                                                 Case No.: 1:24−cv−00083
                                                        Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [109]. At the parties' request, the discovery deadlines are extended as follows: Fact discovery to be completed by 2/14/25. Initial expert reports shall be disclosed by 3/21/25. Rebuttal expert reports shall be disclosed by 5/16/25. Expert witnesses shall be deposed by 6/2/25. The parties shall file a joint updated status report by 1/3/25 on the production of data to Plaintiff. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.