IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE
LIMIT FOR RESPONSE RULE 23(d) MOTION**

Defendant National Retail Solutions, Inc. moves for leave to file its response to Plaintiff's Motion for Relief Under Rule 23(d), exceeding the Court's 15-page limit by four pages. NRS states the following in support:

1. Plaintiff filed a motion to limit NRS and the undersigned's communications with putative class members based on the circumstances surrounding the undersigned representing Michael Hellerman. ECF No. 102.

2. The motion distorts Mr. Hellerman's testimony, including by omitting key excerpts. In order to adequately respond to the motion, the undersigned must include those excerpts.

3. Pursuant to N.D. Ill. Local Rule 7.1, "[n]either a motion nor brief in support of or in opposition to any motion . . . shall exceed 15 pages without prior approval of the court."

4. NRS has made every effort to limit its response to comply with the page limit. However, NRS needs additional pages to adequately rebut Plaintiff's charges.

5. Accordingly, NRS requests leave to file a response to Plaintiff's motion, which will not exceed 19 pages.

6. Counsel for Plaintiff indicated he does not oppose this motion.

7. Allowing for a complete and thorough presentation of the issues will aid the Court in considering all relevant aspects of Plaintiff's motion and will promote an efficient resolution of this matter. *See Mejdrech v. Lockformer Co., a div. of Met-Coil Sytems Corp.*, 2003 WL 22078392, at *2 (N.D. Ill. Sept. 5, 2003) (granting defendants' motion for leave to exceed page limits).

8. In accordance with Local Rule 7.1, NRS included a table of contents and authorities.

WHEREFORE, NRS asks the Court to grant its motion to exceed its page limit, filing a response that will not exceed 20 pages.

*[Signature Appears on Following Page]*

DATED: December 16, 2024.

                                              Respectfully submitted,

                                              */s/ Patrick J. Fitzgerald*
Ryan D. Watstein (*pro hac vice*)
ryan@wtlaw.com
Alexander D. Terepka (*pro hac vice*)
alex@wtlaw.com
Patrick J. Fitzgerald (*pro hac vice*)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 16, 2024, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                            */s/ Patrick J. Fitzgerald*
                                                            Patrick J. Fizterald