# **EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:23-cv-00083 |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| Defendant. | : | |

## DECLARATION OF PATRICK FITZGERALD

I, Patrick Fitzgerald, in accordance with 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct.

1. I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are of my personal knowledge, and if sworn I could and would competently testify hereto.

2. I am an associate of Watstein Terepka, LLP. I am an attorney of record for Defendant National Retail Solutions, Inc., in the above-referenced matter, and have been retained to represent its former employee, Michael Hellerman.

3. Believing he might be involved in the ringless voicemails at issue in this case, and wanting to protect him and NRS from potential liability, I contacted Michael Hellerman on August 16, 2024 by call and then text message.

4. Mr. Hellerman returned my call that same day and we spoke for 8 minutes. ███████████████████████████████████████████████████████████████, among other things.

1

5. During this call, Mr. Hellerman agreed to the firm representing him in this matter.

6. Attached hereto as Exhibit A are true and correct copies of my August 16 text message and call with Mr. Hellerman, which have been redacted to remove legal advice and preserve privilege.

7. After opposing counsel advised that he contacted Mr. Hellerman, I contacted Mr. Hellerman and set up a call on October 9, 2024.

8. Later that day, I prepared a declaration, summarizing relevant parts of the conversation with Mr. Hellerman, and sent it to Mr. Hellerman in Word format, inviting him to make changes.

9. Mr. Hellerman returned an executed copy of the declaration on October 10, 2024.

10. Attached as Exhibit B are true and correct copies of my October 9–10 email exchange with Mr. Hellerman, which have been redacted to remove legal advice and preserve privilege.

11. ███████████████, the undersigned also learned that Mr. Hellerman had little to do with the ringless voicemails at issue in this case or anything useful to the merits of Plaintiff's claims.

12. The undersigned told opposing counsel the same, but he demanded to proceed with the deposition.

13. Trusting that opposing counsel wanted to confirm Mr. Hellerman's limited knowledge for himself, Mr. Hellerman did not object to the subpoena and the parties agreed to appear remotely.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

Executed on December 16, 2024, in Atlanta, Georgia.

DocuSigned by:

_____
2589A780EAAF4DC...
Patrick J. Fitzgerald

3

# EXHIBIT A

Docusign Envelope ID: ...



Hi Michael,
This is Pat Fitzgerald, an attorney in Atlanta representing National Retail Solutions, which is defending a claim arising out of VoiceLogic's ringless voicemails. Would you kindly give me a call when you have a moment?

Read 8/16/24





# EXHIBIT B

**Subject:** Re: Walston v. NRS
**Date:** Thursday, October 10, 2024 at 11:50:13 AM Eastern Daylight Time
**From:** Patrick Fitzgerald
**To:** Michael Hellerman
**CC:** Ryan Watstein, Jennipher Borey

### Patrick J. Fitzgerald (bio)

WATSTEIN TEREPKA LLP
P: (404) 400-3382
pfitzgerald@wtlaw.com
www.wtlaw.com

---

**From:** Michael Hellerman <michaelhellerman@gmail.com>
**Date:** Thursday, October 10, 2024 at 11:49 AM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jennipher Borey <jborey@wtlaw.com>
**Subject:** Re: Walston v. NRS

[Warning – external]

Hi Pat and Ryan,

Here you go!

Sincerely,

*Michael*
973.919.6864
*"Live with Intention. Walk to the edge. Listen Hard. Practice wellness. Play with abandon. Laugh. Choose with no regret. Continue to learn. Appreciate your friends. Do what you love. Love as if that's all there is."*
*~ Mary Anne Radmacher*

On Wed, Oct 9, 2024 at 12:20 PM Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

> Hi Michael,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If there's anything you want to change or would like to discuss, please let us know. Otherwise, we will follow up with a DocuSign link.

Pat

**Patrick J. Fitzgerald ([bio](bio))**
WATSTEIN TEREPKA <sup>LLP</sup>
P: (404) 400-3382
[pfitzgerald@wtlaw.com](pfitzgerald@wtlaw.com)
[www.wtlaw.com](www.wtlaw.com)