UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Rashad Walston
                            Plaintiff,
v.                                               Case No.: 1:24−cv−00083
                                                               Honorable Sunil R. Harjani
National Retail Solutions, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 20, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court will take Defendant's Motion to Seal Defendant's Opposition to Plaintiff's Rule 23(d) Motion) [117] with Plaintiff's Rule 23(d) Motion [101] and rule on both motions at the same time. The Court notes that Defendant sent to the Court via email unredacted versions of the redacted exhibits it filed with its Opposition to Plaintiff's Motion [118]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.