# EXHIBIT A



Jeremy Glapion <jmg@glapionlaw.com>

## Amerilist Subpoena
5 messages

**Jeremy Glapion** <jmg@glapionlaw.com>  
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <ryan@wtlaw.com>  
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>  
Bcc: "Walston v. NRS" <863b72468+matter1627200739@maildrop.clio.com>

Mon, Sep 9, 2024 at 11:52 AM

Counsel:

Please find attached subpoena to AmeriList that will go out shortly.

Best,  
Jeremy

--



**Jeremy M. Glapion**  
Partner

Glapion Law Firm  
1704 Maxwell Drive  
Wall, New Jersey 07719

Tel.: 732-455-9737

📎 **Amerilist Subpoena.pdf**  
632K

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>  
To: Jeremy Glapion <jmg@glapionlaw.com>, Ryan Watstein <Ryan@wtlaw.com>  
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

Wed, Sep 11, 2024 at 9:29 AM

Hi Jeremy,

To the extent the subpoena seeks individual phone numbers, we ask that you withdraw (or stay) that request until Judge Gilbert rules on the motion to compel. If Plaintiff is unwilling to do so, please let us know when you have time for a meet and confer.

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA <sup>LLP</sup>

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Monday, September 9, 2024 at 11:55 AM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Amerilist Subpoena

[Warning – external]

Counsel:

Please find attached subpoena to AmeriList that will go out shortly.

Best,

Jeremy



--

**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Jeremy Glapion** <jmg@glapionlaw.com>   Wed, Sep 11, 2024 at 5:13 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

Hi — Sorry for my delay on this.

I am available to discuss next Tuesday between 11 am and 3:30 pm, and Wednesday between 9:30 am and 4 PM.

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

On Wed, Sep 11, 2024 at 9:29 AM, Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

> Hi Jeremy,

To the extent the subpoena seeks individual phone numbers, we ask that you withdraw (or stay) that request until Judge Gilbert rules on the motion to compel. If Plaintiff is unwilling to do so, please let us know when you have time for a meet and confer.

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Monday, September 9, 2024 at 11:55 AM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <Ryan@wtlaw.com>
**Cc:** Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Amerilist Subpoena

[Warning – external]

Counsel:

Please find attached subpoena to AmeriList that will go out shortly.

Best,

Jeremy

--

**Jeremy M. Glapion**

Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

---

**Patrick Fitzgerald** <pfitzgerald@wtlaw.com>   Fri, Sep 13, 2024 at 3:00 PM
To: Jeremy Glapion <jmg@glapionlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

How about Wednesday at 1?

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Wednesday, September 11, 2024 at 5:14 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Amerilist Subpoena

[Warning – external]

Hi — Sorry for my delay on this.

I am available to discuss next Tuesday between 11 am and 3:30 pm, and Wednesday between 9:30 am and 4 PM.

--

**Jeremy M. Glapion**

[Quoted text hidden]

[Quoted text hidden]

---

**Jeremy Glapion** <jmg@glapionlaw.com>  Fri, Sep 13, 2024 at 3:36 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>

That works

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

On Fri, Sep 13 2024 at 3:00 PM, Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

How about Wednesday at 1?

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382

pfitzgerald@wtlaw.com

www.wtlaw.com

---

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Date:** Wednesday, September 11, 2024 at 5:14 PM
**To:** Patrick Fitzgerald <pfitzgerald@wtlaw.com>
**Cc:** Ryan Watstein <Ryan@wtlaw.com>, Jeffrey Brown <jeff@jgbrownlaw.com>
**Subject:** Re: Amerilist Subpoena

[Warning – external]

Hi — Sorry for my delay on this.

I am available to discuss next Tuesday between 11 am and 3:30 pm, and Wednesday between 9:30 am and 4 PM.

[Quoted text hidden]
[Quoted text hidden]