UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>                  **Plaintiff,**<br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>                  **Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br><br>Magistrate Judge: Jeffrey T. Gilbert |

### DECLARATION OF PLAINTIFF RASHAD WALSTON

I, Rashad Walston, make this Declaration of my own free will, based upon personal belief and knowledge as follows:

1. My name is Rashad Walston and I am the Plaintiff in this matter.

2. I have personal knowledge of the statements made in this Declaration.

3. Attorney Glapion has routinely updated me on the status of this lawsuit and next steps, including through regular update telephone calls and emails.

4. I also have Attorney Glapion's cell phone number and email address, and know that I can call, text, or email him at any time with any questions or concerns I may have with this case, and he has been entirely responsive to any inquiries I have made.

5. My deposition was taken in this case on April 26, 2024.

6. At this deposition, I made clear that I had no interest in an individual settlement.

7. Specifically, in response to Defendant's attorney's question about why I did not want to settle this case individually, I stated:

   I want other people to get justice. It hasn't been me that's just been harmed by this company, in my opinion. One thing I didn't mention earlier, the phone call I got from Mr. Elie Katz, he initially, you know, asked me my name and did I live at this address, and attempted to try to intimidate me, belittle me, make me feel less than. I didn't mention that. And you know, that was hurtful to me. So after that conversation, what went through my head, I thought if they're willing to do this to me, have they done this to other people? Will they do this to other people? So I'm at the point now where I['d] like to see justice for multiple people, not just myself.

8. This remains true, and I remain committed to pursuing this case as a class action.

9. Since my deposition and continuing through the present, I have made clear that any individual settlement offer would be unacceptable.

10. My attorneys were and are authorized to reject any individual settlement offer made to me in this case.

11. I understand that I may change my mind and revoke this authority.

12. I have considered my position on individual settlement *and* my attorneys' authority to reject individual settlement after each amendment to the representation agreement.

13. I have not changed my position on either issue, and have no concerns about my legal representation.

14. Unless or until this case no longer has a class action component, I am not interested in an individual settlement.

15. Unless or until this case is no longer has a class action component, I will not negotiate an individual settlement.

16. Despite my attorneys' authority to reject individual settlement offers, I am also aware and have been aware of both previously made settlement offers of $9,800 and $35,000.

17. I had no interest in those offers, have no interest in those offers, and decline to negotiate those offers or any other offers made to me in my individual capacity.

18. My rejection of these offers, of individual settlement offers in general, and my decision to authorize my attorneys to reject any individual settlement, are done entirely of my own free will, and are not based on any promises, coercion, fear of reprisal, penalties, fees, or any provision in any agreement I have signed.

I, Rashad Walston, declare under penalty of perjury that the foregoing is true and correct to the best of my memory.

Date: 05/10/24

*Rashad Walston*
Rashad Walston (Oct 5, 2024 17:22 CDT)

Rashad Walston