**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Rashad Walston
                             Plaintiff,

v.                                             Case No.: 1:24–cv–00083
                                                            Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 2, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Upon review of the docket and ongoing discovery before the magistrate judge, telephone status set for 1/8/2025 is stricken. Tracking status set for 2/20/2025 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.