UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>       **Plaintiff,**<br>  v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>       **Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br>Magistrate Judge: Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to docket entry 114, the Parties submit the following Joint Status Report.

  a. **Stipulation Timing**

NRS has produced all campaign reports in its possession to Pacific East, which has in turn prepared reports identifying line types to NRS. NRS has produced redacted copies of the Pacific East line identification reports, as well as the underlying VoiceLogic campaign reports, to Plaintiff.

The Parties understand there are approximately 78 additional campaign reports during the class period, and NRS is currently awaiting production of those from VoiceLogic, which will itself occur upon the Canadian court signing its final order.

Once those records are produced to NRS, it will provide them to PacificEast within five (5) days. Within five (5) days of PacificEast's production back to NRS of the line type and carrier information, NRS will produce this data, as well as the underlying VoiceLogic campaign reports, to Plaintiff pursuant to the stipulation.

  b. **Date for Interim/Final Status Report**

The Parties propose January 30, 2025 for a subsequent status report on the production of data to Plaintiff, along with the parties' ongoing discovery efforts.

Dated: January 3, 2025

/s/ *Jeremy M. Glapion*
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
*Counsel for Plaintiff and the Putative Class*


/s/ *Ryan D. Watstein*
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000
*Counsel for Defendant*