IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DENY CLASS CERTIFICATION**

Defendant NRS requests that the Court extend its deadline to file a reply in support of its motion to deny class certification until **January 27, 2025**. As good cause, NRS states the following:

1. NRS filed a motion to deny class certification on October 18, 2024. ECF 76.

2. After Plaintiff filed a motion to adjourn briefing, the Court ordered Plaintiff to file his response by December 27, 2024 and NRS file its reply by January 17, 2025. ECF 95.

3. NRS's reply has taken more time than it anticipated. NRS's lead counsel has also dealt with unanticipated disruptions. In addition to holiday travel and a severe weather event (the latter of which effectively shutdown the City of Atlanta, where the undersigned is located), lead counsel has multiple depositions, dispositive motion deadlines, and an arbitration hearing over the next two weeks.

4. To ensure that it presents the Court with its best arguments, NRS requests additional time to prepare its reply.

5.      NRS conferred with Plaintiff's counsel, who agreed to the requested extension. Accordingly, the extension will not prejudice Plaintiff.

6.      This request is made in good faith and not for the purpose of delay.

7.      This is NRS's first (and will be its only) request to extend the briefing deadline on this motion.

8.      In light of the foregoing, good cause exists to extend the deadline for NRS to file its reply. *See Epic Fresh Produce, LLC v. Olympic Wholesale Produce, Inc.*, 2017 WL 6059971, at *11 (N.D. Ill. 2017) (granting request for extension where it would not prejudice plaintiff).

Accordingly, NRS requests that the Court grant this motion and extend the deadline to file a reply in support of its motion to deny class certification **until January 27, 2025**.

DATED:    January 14, 2025.

Respectfully submitted,

*/s/ Patrick J. Fitzgearld*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick J. Fitzgearld*
Patrick J. Fitzgerald
