IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to docket entry 134, the Parties submit this status report on discovery.

**1.   Progress with stipulation.**

VoiceLogic produced the remaining ringless voicemail reports to NRS. NRS submitted those reports to Pacific East and received results on January 28. NRS will produce redacted versions of those reports to Plaintiff by February 3.

**2.   Progress with written discovery.**

Pursuant to the parties' Rule 37 conferral, NRS is preparing to supplement responses to several interrogatories, requests for production and requests for admission. NRS anticipates serving amended responses by February 7.

NRS has produced 206 additional pages of documents in connection with its ESI review and will make another rolling production this week. NRS is nearing the end of its ESI review and anticipates completing production by February 14.

Pursuant to the letters rogatory, VoiceLogic produced invoices, recordings, emails, and campaign reports to NRS. NRS has reviewed and produced the invoices and recordings and will produce the redacted campaign reports this week. NRS is reviewing the email correspondences to confirm they do not contain putative class member data and will produce the emails by February 7.

3. **Depositions.**

Plaintiff will take VoiceLogic's deposition on March 12, 2025. The parties are working to schedule Elie Katz's deposition, pursuant to agreed-upon limitations. The parties are also working to schedule dates for 30(b)(6) designees.

Plaintiff served amended 30(b)(6) topics on January 14, 2025. The parties have and will continue to confer about the propriety of the topics.

4. **Any other information relevant to case management.**

The parties anticipate needing additional time to complete fact-discovery, particularly depositions. Accordingly, the parties will separately move to extend the fact discovery deadline, which is currently sent to end on February 14, 2025.

*[Remainder of Page Intentionally Blank – Signature on Following Page]*

DATED: January 30, 2025.

        Respectfully submitted,

        */s/ Patrick J. Fitzgerald*
        Ryan D. Watstein (*admitted pro hac vice*)
        ryan@wtlaw.com
        Patrick J. Fitzgerald (*admitted pro hac vice*)
        pfitzgerald@wtlaw.com
        Alexander D. Terepka (*admitted pro hac vice*)
        alex@wtlaw.com
        **WATSTEIN TEREPKA LLP**
        1055 Howell Mill Road, 8th Floor
        Atlanta, Georgia 30318
        Tel: (404) 782-9821
        Fax: (404) 537-1650

        Justin M. Penn, ARDC 6283726
        jpenn@hinshawlaw.com
        **HINSHAW & CULBERTSON LLP**
        151 North Franklin Street, Suite 2500
        Chicago, Illinois 60606
        Tel: (312) 704-3000

        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
