IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,<br><br>　　　Defendant.<br>_____/ | Case No. 1:24-cv-00083 |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ITS OPPOSITION TO
PLAINTIFF'S MOTION FOR RELIEF UNDER RULE 23(D)**

NRS writes to inform this Court of authority related to Plaintiff's motion for Rule 23(d) relief. ECF No. 101. In *Conner, DPM, P.C., v. Fox Rehabilitation Services, P.C.*, 2025 WL 289230, at *1 (3d Cir. Jan. 24, 2025), attached as **Exhibit A**, the Third Circuit affirmed the district court's denial of class certification. In doing so, the panel unanimously rejected the plaintiff's complaints about the undersigned counsel obtaining declarations from putative class members. The court explained that, "[a]lthough Conner argues otherwise, Fox did not need to obtain consent from Conner's counsel before engaging in precertification communications with putative class members. . . . Defendants and their counsel generally may communicate with potential class members in the ordinary course of business." *Id.* at *14 n.146. *Conner* confirms the baselessness of Plaintiff's Rule 23(d) motion here, where he makes many of the same arguments that the district court and Third Circuit rejected in *Conner*.

*[Signature on Following Page]*

DATED: January 30, 2025.

Respectfully submitted,

*/s/ Patrick J. Fitzgerald*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
Alexander D. Terepka (*admitted pro hac vice*)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
