## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Rashad Walston
                                Plaintiff,

v.                                                       Case No.: 1:24−cv−00083
                                                           Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

     MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [137]. The parties shall file an updated joint status report by 2/14/25 regarding their progress with written discovery. That report also shall contain confirmed or proposed dates for depositions other than the VoiceLogic deposition now scheduled for 3/12/25, and identify fact witnesses that either side still needs to depose before any extended date for fact discovery that the parties (or either of them) intend to propose. The Court notes that parties' last status report says, "The parties anticipate needing additional time to complete fact−discovery, particularly depositions. Accordingly, the parties will separately move to extend the fact discovery deadline, which is currently sent to end on February 14, 2025." [137]. The Court encourages the parties to meet and confer in a sincere attempt to avoid needing to file two or competing motions for an extension of the fact discovery cut−off date. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.