UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Rashad Walston
                Plaintiff,

v.                                      Case No.: 1:24−cv−00083
                                            Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 10, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Joint Motion to Reset Deadlines [140] is granted. Fact discovery to be completed by 4/30/25. Initial expert reports shall be disclosed by 6/5/25. Rebuttal expert reports shall be disclosed by 7/31/25. Expert witnesses shall be deposed by 8/18/25. The parties shall file a joint status report by 3/5/25 that identifies depositions of parties and third parties that either side intends to take before the close of fact discovery based on currently available information and confirmed or proposed dates for those depositions. The Court understands this may not be a definitive list of all fact witness depositions that may be taken in the case but it will be useful information for the Court and the parties for discovery planning purposes as the case proceeds. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.