IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : : : | Case No. 1:24-cv-00083 |
| Plaintiff, | : : | |
| v. | : : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : : : | |
| Defendant. | : : | |

## JOINT STATUS REPORT

Pursuant to docket entry 141, the Parties submit this status report on discovery, identifying depositions of parties and third parties that either side intends to take before the close of fact discovery.

Plaintiff will take VoiceLogic's deposition on March 12, 2025 and Elie Katz's deposition, pursuant to agreed on limitations, on March 18, 2025. Plaintiff also plans to depose AT&T, and the parties are conferring about an available date.

As for Plaintiff's 30(b)(6) deposition of Defendant, no date has been set.

DATED: March 5, 2025.    Respectfully submitted,

                                                                s/ Jeremy M. Glapion
                                          Jeremy M. Glapion
                                          The Glapion Law Firm, LLC
                                          1704 Maxwell Drive
                                          Wall, New Jersey 07719
                                          Tel: 732-455-9737
                                          Fax: 732-965-8006
                                          jmg@glapionlaw.com
                                          Counsel for Plaintiff and the Putative Class

/s/ Ryan D. Watstein
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
Alexander D. Terepka (*admitted pro hac vice*)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jeremy M. Glapion