# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| **Rashad Walston,** on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br> v.<br><br>**National Retail Solutions** d/b/a **NRS Pay,**<br><br>    **Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br>Magistrate Judge: Hon. Jeffrey T. Gilbert |

### Plaintiff's Unopposed Motion for Leave to Exceed Page Limit on Motion for Class Certification

Plaintiff, Rashad Walston, hereby moves for leave to file a Motion for Class Certification exceeding L.R. 7.1's 15-page limit by ten pages (25 pages). In support, Plaintiff states the following:

1. Pursuant to L.R. 7.1, no brief in support of or in opposition to a motion shall exceed 15 pages without court approval.

2. In the coming weeks, Plaintiff intends to file a Motion for Class Certification, which will require detailed and nuanced discussions of not just the Rule 23(a) and 23(b)(3) elements, but Article III standing, Defendant's ringless voicemail process, and the related records.

3. Even using an abbreviated adequacy analysis—the Parties already spent more than 50 pages of briefing on this issue alone, Dkts. 76, 123, 136—the operative, near-final draft of Plaintiff's Motion is 25 pages.

4. Plaintiff understands and recalls the Court's preference to limit extensions to no more than 20 pages, though it generously allowed the Parties 23-pages each in briefing Defendant's Motion to Deny.

5. Plaintiff has made—and will continue to make—every effort to refine his Motion as much as possible and has trimmed original drafts of the brief from approximately 40 pages to the 25-page current version.

6. Given the stakes of this Motion, and the necessity of thorough briefing, Plaintiff respectfully requests that the Court allow Plaintiff to file a Motion for Class Certification not exceeding 25 pages.

7. Counsel for Defendant has confirmed it does not oppose this request. And though Defendant did not seek a reciprocal agreement for the length of its opposition brief, Plaintiff will not oppose a reciprocal allowance to Defendant of 25 pages.

8. Per L.R. 7.1, Plaintiff will include a table of contents and table of authorities.

Date: April 9, 2025

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com