# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rashad Walston
                                 Plaintiff,

v.                                                Case No.: 1:24–cv–00083
                                                          Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

       MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion for a page extension is granted in part [154] to 23 pages for both sides. The Court prefers that any motion for class certification is filed only after discovery has closed. The parties should consult with Judge Gilbert whether expert discovery is necessary for making or responding to the class certification motion. If it is required, any motion for class certification should be filed only after expert discovery has closed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.