IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:24-cv-00083 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| | : | |
| Defendant. | : | |

_____/

**JOINT STATUS REPORT**

Pursuant to docket entry 151, the Parties submit this status report on discovery.

Plaintiff conducted VoiceLogic and Elie Katz's depositions on March 12 and 20, respectively. To accommodate their respective schedules, the parties agreed Plaintiff may take NRS's deposition on May 6 and 8.

The parties are conferring about the expert discovery schedule in light of Judge Harjani's order. ECF No. 155. If the schedule needs to be amended, the parties will file an appropriate motion.

[s*ignatures on following page*]

DATED: April 10, 2025.

        Respectfully submitted,

        */s/ Patrick J. Fitzgerald*
        Ryan D. Watstein (*admitted pro hac vice*)
        ryan@wtlaw.com
        Patrick J. Fitzgerald (*admitted pro hac vice*)
        pfitzgerald@wtlaw.com
        Alexander D. Terepka (*admitted pro hac vice*)
        alex@wtlaw.com
        **WATSTEIN TEREPKA LLP**
        1055 Howell Mill Road, 8th Floor
        Atlanta, Georgia 30318
        Tel: (404) 782-9821
        Fax: (404) 537-1650

        Justin M. Penn, ARDC 6283726
        jpenn@hinshawlaw.com
        **HINSHAW & CULBERTSON LLP**
        151 North Franklin Street, Suite 2500
        Chicago, Illinois 60606
        Tel: (312) 704-3000

        *Counsel for Defendant*

        */s/ Jeremy M. Glapion*
        Jeremy M. Glapion
        \**signed with expressed permission*
        The Glapion Law Firm, LLC
        1704 Maxwell Drive
        Wall, New Jersey 07719
        Te l : 732-455-9737
        Fax: 732-965-8006
        jmg@glapionlaw.com

        *Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                                        _/s/ Patrick J. Fitzgerald_  
                                                                                Patrick J. Fitzgerald (_admitted pro hac vice_)