UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>**Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br>Magistrate Judge: Jeffrey T. Gilbert |

## JOINT MOTION TO RESET DEADLINES

The Parties hereby jointly request that the Court reset the current close of discovery by 28 days, from April 30 to May 28, to accommodate the Parties April 29 mediation with Judge David Coar. This request does not impact the other deadlines.

In support thereof, the Parties state as follows:

1. "[A] scheduling order can be modified upon a showing of good cause." *United States ex. Rel. Derrick v. Roche Diagnostics Corp.*, 2019 WL 10367989, *1 (N.D. Ill. July 12, 2019) (Gilbert, J.) (citing Fed. R. Civ. P. 16(b)(4)).

2. "The primary consideration in making a good cause determination is the diligence of the party seeking the amendment." *Id.* (citing *Alioto v. Town of Lisbon*, 651 F.3d 715, 720 (7th Cir. 2011).

3. The good cause standard is met here.

4. In mid-March, the Parties began discussing the possibility of mediation.

5. On April 16, after extensive discussion on the logistics and parameters of mediation, the Parties agreed to mediation with Judge David Coar.

6. This mediation is set for April 29, in person in Chicago.

7. While most anticipated discovery has been completed, Plaintiff's deposition of Defendant is set for May 6 and May 8, and there are additional discovery items that may necessitate judicial resolution, including those related to work-product privilege as previewed previously. [Dkt. 144.]

8. The Parties agree it would be more productive to focus their full efforts and attention on the upcoming mediation than on deposition preparation and briefing.

9. Accordingly, the Parties jointly and respectfully request that the Court extend the fact discovery deadlines by 28 days.

Dated: April 18, 2025

s/ Jeremy M. Glapion
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732-455-9737
jmg@glapionlaw.com
Counsel for Plaintiff and the Putative Class

/s/ Ryan D. Watstein
Ryan D. Watstein (pro hac vice)
ryan@wtlaw.com
Patrick J. Fitzgerald (pro hac vice)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650
Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000
*Counsel for Defendant*