**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rashad Walston
                                                     Plaintiff,

v.                                                                   Case No.: 1:24–cv–00083
                                                                     Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties' Joint Motion to Reset Deadlines [157] is granted. The fact discovery deadline is extended to 5/28/25. The parties shall file an updated joint status report by 5/5/25 with the result of their mediation. If the case is not resolved, then the parties shall include their joint status report confirmed dates for the remaining depositions to be taken before the close of fact discovery. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.