# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to docket entry 158, the Parties submit this status report on discovery.

The parties did not resolve this matter in mediation but will continue negotiating in good faith.

Plaintiff plans to take NRS's deposition, beginning on May 19.

DATED: May 05, 2025.

Respectfully submitted,

*/s/ Patrick J. Fitzgerald*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
Alexander D. Terepka (*admitted pro hac vice*)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000
*Counsel for Defendant*

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Te l : 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 05, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                             */s/ Patrick J. Fitzgerald*
                                                                             Patrick J. Fitzgerald (*admitted pro hac vice*)