**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rashad Walston
                                Plaintiff,

v.                                         Case No.: 1:24−cv−00083
                                                  Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 9, 2025:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [160]. The parties report they did not resolve this matter in mediation but will continue negotiating in good faith. The parties report "Plaintiff plans to take NRS's deposition beginning on 5/19/25." [160]. The Court is not sure what that means. The Court ordered the parties to identify all remaining fact depositions that need to be taken in this case if it did not resolve at mediation in an order entered on 4/21/25 [158] ("If the case is not resolved, then the parties shall include their joint status report confirmed dates for the remaining depositions to be taken before the close of fact discovery.";), but it is unclear whether the deposition of NRS is the only deposition that remains to be done or there are others to be taken. The parties shall file an updated joint status report on or before 5/22/25 confirming that Plaintiff has deposed NRS. The next joint status report also shall identify any fact depositions that remain to be taken before the close of fact discovery and confirmed dates for those depositions. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.