IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

**UPDATED JOINT STATUS REPORT**

Pursuant to docket entry 161, the Parties submit this status report.

In the May 5 status report, dkt. 160, the Parties indicated that "Plaintiff plans to take NRS's deposition, beginning on May 19." The Parties submit this updated status report to clarify this language and to update the timing and status of discovery.

First, the language "beginning on" was intended to indicate current uncertainty as to whether Defendant is designating one or two witnesses. Defendant is optimistic that only one witness will be needed, and, to that end, the Parties are cooperatively working through the topics list. In the event a second witness is designated, the Parties will schedule the deposition of the second witness to be within seven days of the first.

Second, due to a miscommunication regarding the availability of Defendant's designated witness, the deposition will now proceed on June 4. While this is after the currently set close of discovery, it should have no impact on the schedule. Should any disputes arise during or because of the deposition, the Parties will promptly inform the Court.

Finally, other than possible expert depositions during the expert discovery period, there are no other depositions currently planned.

The Parties are set to further discuss the deposition, outstanding discovery issues, and disputes on May 15.

DATED: May 13, 2025.

        Respectfully submitted,

        */s/ Patrick J. Fitzgerald*
        Ryan D. Watstein (*admitted pro hac vice*)
        ryan@wtlaw.com
        Patrick J. Fitzgerald (*admitted pro hac vice*)
        pfitzgerald@wtlaw.com
        Alexander D. Terepka (*admitted pro hac vice*)
        alex@wtlaw.com
        **WATSTEIN TEREPKA LLP**
        1055 Howell Mill Road, 8th Floor
        Atlanta, Georgia 30318
        Tel: (404) 782-9821
        Fax: (404) 537-1650

        Justin M. Penn, ARDC 6283726
        jpenn@hinshawlaw.com
        **HINSHAW & CULBERTSON LLP**
        151 North Franklin Street, Suite 2500
        Chicago, Illinois 60606
        Tel: (312) 704-3000
        *Counsel for Defendant*

        */s/ Jeremy M. Glapion*
        Jeremy M. Glapion
        The Glapion Law Firm, LLC
        1704 Maxwell Drive
        Wall, New Jersey 07719
        Te l : 732-455-9737
        Fax: 732-965-8006
        jmg@glapionlaw.com
        *Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                      */s/ Jeremy M. Glapion*
                                                      Jeremy M. Glapion (*admitted pro hac vice*)