IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

## DEFENDANT'S NOTICE OF
## NON-OPPOSITION AND RESERVATION OF RIGHTS

Defendant National Retail Solutions, Inc. files this notice of Non-Opposition and Reservation of Rights. As Plaintiff identified in his Motion to Motion for Leave to File Third Amended Complaint, NRS does not oppose his seeking leave to amend the pleading. *See* ECF No. 163, ¶ 24. But, out of an abundance of caution, NRS did not consent to the amendment under Rule 15(a)(2) to reserve all rights and defenses it may raise in response to a motion to certify the proposed class, including those related to Plaintiff's revised class definition.

Dated: May 20, 2025.                    Respectfully submitted,

/s/ *Patrick J. Fitzgerald*
Ryan Watstein (*pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*pro hac vice*)
pfitzgerald@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

*Counsel for Defendant NRS, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick J. Fitzgerald*
Patrick J. Fitzgerald
