## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rashad Walston

                              Plaintiff,

v.                                                         Case No.: 1:24–cv–00083

                                                                Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties' Joint Motion to Bifurcate Expert Discovery [168] is set for hearing on 6/3/25 at 11:00 a.m. The Court needs to understand better how the parties propose to bifurcate expert discovery into class and merits issues, and why conducting expert discovery twice would facilitate the prompt and efficient resolution of the case. Local counsel shall appear in person in Courtroom 1386. Out of town counsel may appear by telephone at 650–479–3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number and security code. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.