# EXHIBIT D



Jeremy Glapion <jmg@glapionlaw.com>

## Walston v. NRS - Declaration of Rashad Walston
1 message

**Jeremy Glapion** <jmg@glapionlaw.com>   Sat, Oct 26, 2024 at 3:16 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>, Ryan Watstein <ryan@wtlaw.com>
Cc: Jeffrey Brown <jeff@jgbrownlaw.com>

Counsel:

I am attaching a declaration of Rashad Walston, which I intend to rely on, in part, in opposition to Defendant's Motion to Deny. Given the uncertain timing of the related briefing, however, I wanted to produce this in advance as part of my duty to supplement discovery responses.

(Note: for some reason the date field filled in European format; you can see the actual signing date in blue under his signature).

Best,
Jeremy

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

**Walston Decl. Signed.pdf**
75K