# EXHIBIT F



Jeremy Glapion <jmg@glapionlaw.com>

## Walston v. NRS - FRE 408 Confidential Settlement Offer

**Jeremy Glapion** <jmg@glapionlaw.com>  Thu, Apr 3, 2025 at 3:04 PM
To: Patrick Fitzgerald <pfitzgerald@wtlaw.com>
Cc: Ryan Watstein <Ryan@wtlaw.com>, jeff@jgbrownlaw.com, Alex Terepka <Alex@wtlaw.com>

Two interim issues:

2. The timing of narrowing the class definition. Again, I've brought it up a bunch, and I think I can do it in the cert motion, but I'd rather avoid having that fight in the motion itself.

The intended definition (slight tweaks to non-substance anticipated, but this is near final):

> Between October 26, 2020 and January 3, 2024, all persons in the United States who received a voicemail—sent by Defendant using VoiceLogic's ringless voicemail service, or by VoiceLogic using its ringless voicemail service on Defendant's behalf—on a cellular telephone number that, at the time of the voicemail, was assigned to AT&T or one of its wireless brands or subsidiaries.

Is this something we can stipulate to (obviously reserving your defenses)?

--



**Jeremy M. Glapion**
Partner

Glapion Law Firm
1704 Maxwell Drive
Wall, New Jersey 07719

Tel.: 732-455-9737

On Thu, Apr 03, 2025 at 2:11 PM, Patrick Fitzgerald <pfitzgerald@wtlaw.com> wrote:

**Patrick J. Fitzgerald (bio)**

WATSTEIN TEREPKA LLP

P: (404) 400-3382