RASHAD WALSTON vs NATIONAL RETAIL SOLUTIONS, INC.
Rahad W. Walston on 04/26/2024

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3

 4    RASHAD WALSTON,                )
                                     )
 5              Plaintiff,           )
                                     )
 6       vs.                         )  No.
                                     )  1:24-CV-00083
 7    NATIONAL RETAIL SOLUTIONS,     )
      INC.,                          )
 8                                   )
                Defendant.           )
 9                                   )

10
                  THE DISCOVERY DEPOSITION OF
11                     RAHAD W. WALSTON
                        April 26, 2024
12                        9:00 A.M.

13

14         Called as a witness by the Defendant

15    herein, pursuant to the provisions of the

16    Federal Rules of Civil Procedure pertaining

17    to the taking of depositions for the

18    purpose of discovery, before GLORIA

19    APOSTOLOS SIOLIDIS, C.S.R. License

20    #084-001205, duly qualified and

21    commissioned for the State of Illinois.

22

23

24
```

Page 6

1  meant.  If you ask for the basis for the
2  objection, but otherwise objection to form,
3  we'll preserve form objections for the
4  record.
5      MR. WATSTEIN:  Yes, agreed.
6      MR. GLAPION:  All right.
7      BY MR. WATSTEIN:
8   Q  And how would you prefer that I
9  address you today?
10  A  Rashad or Mr. Walston.  It's up to
11 you.
12  Q  Okay.  Sounds good.
13      And as I believe I mentioned when
14 I walked in, my name is Ryan Watstein.
15 This is my colleague Pat Fitzgerald.  We
16 represent the defendant in this matter.  Do
17 you remember meeting me a minute ago when I
18 talked in the room?
19  A  Yes.
20  Q  And was that the first time we met?
21  A  Yes.
22  Q  And I went to shake your hand.  Do you
23 remember that?
24  A  Yes.

Page 7

```
 1    Q   And you kind of hesitated and had to
 2   kind of encourage you to give me a
 3   handshake.  Do you remember that?
 4        MR. GLAPION:  Objection, form.
 5        BY MR. WATSTEIN:
 6    Q   Is that an accurate statement?
 7    A   No.
 8    Q   Okay.  What would be your description
 9   of how we met a minute ago?
10    A   You walked in, you introduced
11   yourself, we shook hands.
12    Q   And did you introduce yourself back to
13   me?
14    A   I did.
15    Q   Immediately?
16    A   I introduced myself to you.
17    Q   Okay.  So it's your testimony that you
18   were courteous to me the first time we met?
19        MR. GLAPION:  Objection, form.
20        BY MR. WATSTEIN:
21    Q   You can answer the question?
22        MR. GLAPION:  You can answer unless I
23   tell you not.
24        THE WITNESS:  I believe so.
```

```
 1      BY MR. WATSTEIN:
 2      Q  Okay.  I disagree, but I hope that we
 3   can kind of change the tenure of that.
 4   That was the first time we met.
 5           I'm just doing my job here.  I'm
 6   here to ask you questions.  You're here to
 7   give answers in a lawsuit that you filed.
 8   So, you know, I would just ask please don't
 9   bear any hostility towards me; this is just
10   my job.  Okay?
11      A  Of course.
12      Q  Have you ever been deposed before?
13      A  No, I haven't.
14      Q  Have you ever served as a witness
15   under oath in any court proceeding?
16      A  No, I have not.
17      Q  Okay.  So I'm just going to go over a
18   few ground rules just so we're on the same
19   page and it makes it easier for the court
20   reporter and for the videographer.  Does
21   that sound good?
22      A  That's fine.
23      Q  And some of these, your lawyer may
24   have already gone over with you, but these
```

```
 1   the printing design business is 357
 2   Designs?
 3      A   Correct.
 4      Q   Okay.  What other businesses?
 5      A   I just had a, also had a previous
 6   printing business focused on sublimation
 7   printing.  And over the years, I've kind of
 8   combined some of them into one entity.
 9      Q   Okay.  What was the name of the
10   sublimation printing business?
11      A   Shoreway Printing, LLC.  But I want to
12   clarify that.  Even though I did work with
13   Shoreway Printing, I did the sublimation
14   printing and things of that nature.  I also
15   did similar work with 357 Designs, Inc.
16   And I still occasionally sometimes do all
17   of this, yeah.
18      Q   So what exactly does that entail, that
19   type of printing?
20      A   Sublimation printing is just basically
21   for the most part printing on hard
22   surfaces.  You have a special printer,
23   special ink, print out the design, and
24   generally, you press it on hard surfaces
```