# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rashad Walston

                                     Plaintiff,

v.                                                      Case No.: 1:24–cv–00083

                                                           Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant's Motion to Briefly Extend Fact Discovery to Address Issues Raised by Plaintiff's Recently Filed Amended Complaint and to Compel Plaintiff's Deposition to Testify About Documents He Previously Withheld [170] is set for hearing on 6/3/25 at 11:00 a.m., which is a previously set motion hearing in this case [169]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.