## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rashad Walston

                      Plaintiff,

v.                                                              Case No.: 1:24−cv−00083
                                                                     Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 6/3/25. Defendant's Motion to Briefly Extend Fact Discovery to Address Issues Raised by Plaintiff's Recently Filed Amended Complaint and to Compel Plaintiff#039;s Deposition to Testify About Documents He Previously Withheld [170] is denied for the reasons stated on the record. The parties' Joint Motion to Bifurcate Expert Discovery [168] is denied without prejudice for the reasons stated on the record. Plaintiff reports that he will be disclosing his experts on 6/5/25 per the current case management plan [141]. By 6/19/25, the parties shall file a joint status report that indicates whether Defendant wants to depose Plaintiff's experts before making its Rule 26(a)(2) disclosures. If so, the parties should include confirmed or proposed dates for those depositions and a suggested modification to the existing expert discovery schedule that accommodates those depositions before Defendant is required to make its disclosures. Alternatively, if the parties intend to comply with the existing expert discovery schedule [141], the parties' status report should contain that information. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.