IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : | Case No. 1:24-cv-00083 |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The Parties submit this joint status report pursuant to docket entry 176.

Plaintiff disclosed three witnesses on the June 5 expert disclosure deadline.[1] NRS intends to depose Plaintiff's witnesses before disclosing its rebuttal expert witness reports, and will need to modify the expert discovery schedule.

The Parties are, however, discussing the possibility of a second mediation, tentatively set for July 9. While there is no agreement yet on whether and how to proceed with that mediation, the Parties will, within the next week, have a better understanding of whether this mediation will occur and how it might impact the schedule.

Accordingly, the Parties propose submitting an additional joint status report on or before June 27 with 1) the status of the mediation, 2) whether any extension of the expert discovery schedule is necessary (due to the mediation or any other reason), and 3) confirmed dates for the deposition(s).

---

[1] One of Plaintiff's expert witness reports was peer reviewed by a third-party, Kevin Horan. NRS reserves its right to depose Mr. Horan.

DATED:	June 19, 2025.	Respectfully submitted,

/s/ *Jeremy M. Glapion*
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Te l : 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
*Counsel for Plaintiff and the Putative Class*

/s/ *Patrick J. Fitzgerald*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
Alexander D. Terepka (*admitted pro hac vice*)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

Justin M. Penn, ARDC 6283726
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000
*Counsel for Defendant*