UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  No. 1:24-cv-00083<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT NATIONAL RETAIL SOLUTION'S**
**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendant National Retail Solutions, Inc. d/b/a NRS Pay (NRS) moves this Court pursuant to L.R. 83.17 for an order granting this Motion for Withdrawal and Substitution of Counsel. In support, NRS states as follows:

1. Prior to June 24, 2025, NRS was represented by the following counsel of record from the law firm of Watstein Terepka LLP and Hinshaw & Culbertson LLP:

Ryan D. Watstein
ryan@wtlaw.com
Patrick J. Fitzgerald
pfitzgerald@wtlaw.com
Alexander D. Terepka
alex@wtlaw.com
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

and

Justin M. Penn, ARDC 6283726

jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

2. On June 24, 2025, the following counsel of record from Holland & Knight LLP filed additional appearances on behalf of NRS:

Michael A. Grill
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Michael.Grill@hklaw.com

3. NRS requests leave for Watstein Terepka LLP and Hinshaw & Culbertson LLP to withdraw and for NRS to proceed with Holland & Knight LLP as its substituted counsel of record.

4. As noted, Mr. Grill of Holland & Knight has already appeared in this matter, and Mr. Watstein, Mr. Fitzgerald, and Mr. Terepka of Watstein Terepka LLP and Mr. Penn of Hishaw & Culbertson LLP wish to withdraw as counsel of record for NRS.

5. Counsel for NRS contacted Plaintiff's counsel, who stated that Plaintiff does not oppose the relief sought in this Motion.

6. The requested withdrawal and substitution of counsel for NRS will not unduly delay this action or cause undue prejudice to any parties to this action.

WHEREFORE, NRS requests that this Court enter an order granting current counsel of record, Mr. Watstein, Mr. Fitzgerald and Mr. Terepka of Watstein Terepka LLP and Mr. Penn of Hinshaw & Culbertson LLP, leave to withdraw, substituting Mr. Grill of Holland & Knight, LLP as counsel for NRS, and granting any other further relief that this Court deems just and proper.

Dated: June 25, 2025                 Respectfully submitted,

    By: *Michael A. Grill*
Michael A. Grill
*\*signed with expressed permission*
Holland & Knight LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312.263.3600
Fax: 312.578.6666

*Counsel for Defendant*

*/s/ Ryan D. Watstien*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
Alexander D. Terepka (*admitted pro hac vice*)
alex@wtlaw.com
**WATSTEIN TEREPKA LLP**
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Tel: (404) 782-9821
Fax: (404) 537-1650

*/s/ Justin M. Penn*
Justin M. Penn, ARDC 6283726
*\*signed with expressed permission*
jpenn@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 704-3000

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                */s/ Ryan D. Watstein*
                                                Ryan D. Watstein (*admitted pro hac vice*)