IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

## JOINT STATUS REPORT

The Parties submit this joint status report pursuant to docket entry 179.

On June 19, 2025, the Parties submitted a status report indicating that a tentative mediation had been set for July 9, 2025. [Dkt. 178.]

On June 25, counsel for Defendant—Ryan Watstein, Patrick Fitzgerald, and Justin Penn ("Previous Counsel")—moved to withdraw from this case. [Dkt. 181.] On that same day, the Court granted the Motion, dkt. 182, and, Holland & Knight, LLP, new counsel for Defendant entered their appearance. [Dkt. 180.] Previous Counsel is no longer involved in this matter.

Given the substitution of counsel, the parties have elected to mediate the case in front of the Honorable Freda L. Wolfson (Ret.) on July 29, 2025. The parties believe this mediation will be productive in light of Holland & Knight, LLP's appearance in this action.

To allow the Parties to focus their efforts on this mediation, the Parties respectfully request that the current expert discovery schedule be revised as follows:

|  | Current | Proposed |
|---|---|---|
| Rebuttal Expert Disclosure | July 31, 2025 | September 19, 2025 |
| Expert Deposition Deadline | August 18, 2025 | October 17, 2025 |

Accordingly, the Parties propose submitting an additional joint status report on or before August 8 with 1) the status of the mediation and 2) confirmed dates for deposition(s).

DATED: June 26, 2025          Respectfully submitted,

    */s/ Jeremy M. Glapion*
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel : 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
*Counsel for Plaintiff and the Putative Class*

    */s/ Michael A. Grill*
Michael A. Grill
Illinois Bar No.
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Ste. 2700
Chicago, IL 60606
Telephone: (312) 578-6644
Michael.Grill@hklaw.com

and

Cory W. Eichhorn (*pro hac vice* motion to be filed)
Florida Bar No. 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7576
Cory.Eichhorn@hklaw.com
*Counsel for Defendant*