**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rashad Walston
                                Plaintiff,

v.                                             Case No.: 1:24–cv–00083
                                                   Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [183]. The parties have a mediation schedule for 7/29/25. At the parties' request, the expert discovery schedule is modified as follows: Rebuttal expert reports shall be disclosed by 9/19/25. Expert witnesses shall be deposed by 10/17/25. The parties shall file an updated joint status report by 8/19/25 with 1) the status of the mediation and 2) confirmed dates for deposition(s) if the case has not been resolved.Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.