IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | : Case No. 1:24-cv-00083 |
| Plaintiff, | : |
| v. | : |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | : |
| Defendant. | : |

**JOINT STATUS REPORT**

The Parties submit this joint status report pursuant to docket entry 184.

On July 29, the Parties conducted a mediation before the Honorable Freda L. Wolfson (Ret.) The mediation was successful, and the Parties agreed to a settlement in principle.

The Parties are still working on finalizing the details of that settlement. Accordingly, the Parties propose submitting an additional joint status report on or before September 30, 2025, and respectfully request that the Court adjourn all deadlines in the interim, including the August 26, 2025 status conference.

DATED: August 19, 2025            Respectfully submitted,

/s/ Jeremy M. Glapion
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
*Counsel for Plaintiff and the Putative Class*

/s/ Michael A. Grill
Michael A. Grill
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312.263.3600
Fax: 312.578.6666
michael.grill@hklaw.com
*Counsel for Defendant*
