# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rashad Walston

                                Plaintiff,

v.                                                      Case No.: 1:24–cv–00083

                                                             Honorable Sunil R. Harjani

National Retail Solutions, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [185]. The parties report they have settled this case in principle and request an adjournment of all previously set dates. The Court congratulates the parties on resolving the case and will grant their request for adjournment. At the parties' suggestion, they shall file a joint status report by 9/30/25 addressing their progress with documenting and finalizing their settlement. Any request by the parties to strike or reset the status hearing set by the District Judge for 8/26/25 [143] [152] must be raised before the District Judge. A status hearing is set before Judge Gilbert on 10/8/25 at 10:15 a.m. by telephone. The call−in number for the status hearing is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.