IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHAD WALSTON, on behalf of himself and all others similarly situated, | Case No. 1:24-cv-00083 |
| Plaintiff, | |
| v. | |
| NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY, | |
| Defendant. | |

## JOINT STATUS REPORT

The Parties submit this joint status report pursuant to docket entry 186.

The Parties are still finalizing limited aspects of the settlement agreement and anticipate completing and executing it on or before October 10, 2025.

DATED: September 30, 2025

Respectfully submitted,

/s/ Jeremy M. Glapion
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Te l : 732-455-9737
Fax: 732-965-8006
jmg@glapionlaw.com
*Counsel for Plaintiff and the Putative Class*

/s/Michael A. Grill
Michael A. Grill
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: 312.263.3600
Fax: 312.578.6666
michael.grill@hklaw.com

*Counsel for Defendant*