UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RASHAD WALSTON,** on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br>  v.<br><br>**NATIONAL RETAIL SOLUTIONS, INC. D/B/A NRS PAY,**<br><br>    **Defendant.** | Civil Case No.: 24-cv-83<br><br>District Judge: Hon. Sunil R. Harjani<br>Magistrate Judge: Jeffrey T. Gilbert |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rashad Walston ("Plaintiff") and Defendant National Retail Solutions Inc ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to dismiss this action without prejudice, each party bearing its own fees and costs, except as otherwise agreed.

DATED:  October 14, 2025   Respectfully submitted,

              */s/ Jeremy M. Glapion*
              Jeremy M. Glapion
              The Glapion Law Firm, LLC
              1704 Maxwell Drive
              Wall, New Jersey 07719
              Tel : 732-455-9737
              jmg@glapionlaw.com
              *Counsel for Plaintiff and the Putative Class*

              *s/ Michael A. Grill*
              Michael A. Grill
              HOLLAND & KNIGHT LLP
              150 N. Riverside Plaza, Suite 2700
              Chicago, Illinois 60606
              Telephone: (312) 263-3600
              Fax: 312.578.6666
              Michael.grill@hkaw.com
              *Counsel for Defendant National Retail Solutions, Inc.*