**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Rashad Walston
                              Plaintiff,

v.                                               Case No.: 1:24−cv−00083
                                                       Honorable Sunil R. Harjani

National Retail Solutions, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of voluntary dismissal [190], this case is hereby dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each side shall bear its own fees and costs, except as otherwise agreed. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.